UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADAILTON GOMES SOARES,

         Plaintiff

         CIVIL ACTION NO.

v.

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES
         Defendant

05 - 10540 RGS

## MOTION FOR SHORT ORDER OF NOTICE FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Now comes the Plaintiff, Adailton Gomes Soares and respectfully moves this Honorable Court to issue a short order of notice for hearing of his Motion for Preliminary Injunction.

In support of this Motion, the Plaintiff states that the actions of the Defendant United States Citizenship and Immigration Service in failing to comply with a valid request pursuant to 5 USC 522 for access to an affidavit of Ms. Karen Buckley ( the Plaintiff's ex wife ) on which it has relied in forwarding notice of intent to revoke approval of a petition for Alien Relative has prevented the Plaintiff from the ability to adequately respond and rebut the allegations contained in said notice.

The Defendant had demanded a response to said notice by the Plaintiff be forwarded by March 1, 2005, a deadline that was impossible to comply with based upon the failure of the Defendant to comply with the statute after being advised an expedited response was required.

There remains an imminent threat that the Plaintiff may be subjected to an adverse adjudication if the deadline imposed by the Agency Notice to revoke approval of the Petition for Alien Relative is not extended

If taken, this adverse adjudicative action would be the result of the Agency not having full evidence at its disposal to make a finding in a fair and equitable manner. Such an adjudication would have as its natural consequence a finding that the Plaintiff had committed fraud, a finding that would prevent the Plaintiff from receiving an immigration benefit in the form of an approved marriage application through his present wife that seeks immigration status adjustment to permanent resident.

A hearing on this change in status had been previously scheduled for October 25, 2005 in the Immigration Court in Boston, MA. Should he be ineligible for this status change based upon

the revocation of his defense of marriage to a United States citizen, as currently sought by the Agency, he would be subject to removal from the United States.

In support of this Motion the Defendant restates specifically herein the facts and supporting authorities as presented in the Complaint filed in this matter

The Plaintiff
By his attorney

*/s/ Thomas P. Collins*

Thomas P. Collins, Esq.
10 Main Street, Suite L9
Andover, MA. 01810
BBO # 548124
(978) 474-8846
