UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADAILTON GOMES SOARES,
        Plaintiff

CIVIL ACTION NO. 2005 CV 10540 RGS

v.

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES
        Defendant

## MOTION FOR PRELIMINARY INJUNCTION

      Now comes the Plaintiff Adailton Gomes Soares and respectfully moves this Honorable Court to issue a preliminary injunction ordering the Defendant, United States Citizenship and Immigration Service ( hereinafter "the Agency" ):

      1. to allow Plaintiff to inspect and copy the complete Affidavit of Ms. Karen Buckley and attachments referred to in the Agency's Notice of Intention to Revoke Approval of Petition for Alien Relative dated January 31, 2005;

      2. to make such records available to plaintiff and permit the inspection and copying of the complete Affidavit of Ms. Karen Buckley and its attachments in as expedited a manner as possible.

      3. to pay the reasonable attorney's fees and costs incurred by the Plaintiff in bringing this action pursuant to 5 U.S.C., sec. 552 (4) (E)

      4. to refrain from making an adverse adjudication of the Plaintiff until he has had thirty ( 30 ) days to present a full and complete rebuttal of the allegations contained in the Affidavit of Ms. Karen Buckley and its attachments after compliance by the Agency with the relief ordered as prayed for in paragraphs 1 and 2

      The allowance of this Motion is necessary as the Plaintiff is in imminent danger of receiving an adverse adjudication from the Agency that shall revoke the approval of the Petition for Alien Relative filed by his wife, thereby preventing him from receiving a change in status to that of permanent resident.

      The allowance of this Motion is further necessitated by the withholding of the twelve pages containing the Affidavit of Ms. Buckley and its attachments from a submittal received on March 23, 2005, pursuant to the FOIA request made by Attorney Paul Shane, the Plaintiff's immigration attorney.

In support of this Motion the Defendant incorporates herein the facts and exhibits as presented in the Verified Complaint filed in this matter and the attached Affidavit of Paul Trevor Shane, Esq dated April 14, 2005.

A Memorandum of Law in support of this Motion is attached hereto.

The Plaintiff
By his attorney

Thomas P. Collins, Esq.
10 Main Street, Suite L9
Andover, MA. 01810
BBO # 548124
( 978) 474-8846
