UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADAILTON GOMES SOARES,
                           Plaintiff

                                                   CIVIL ACTION NO. 2005 CV 10540 RGS

v.

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES
                           Defendant

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

        Now comes the Plaintiff Adailton Gomes Soares and respectfully presents this Honorable Court with the following memorandum in support of his Motion for Preliminary Injunction

### FACTUAL BACKGROUND

        **All exhibits referred to are as attached to and numbered as in the Verified Complaint filed in this matter.**

1. The Plaintiff is an individual resident of 12 Lakeside Avenue, Hudson, MA. 01749.

2. The Defendant, United States Citizenship and Immigration Service (hereinafter "the Agency"), is a federal administrative agency within the meaning of 5 USC §552(a) and maintains an office at Room E-170, JFK Federal Building, Boston, MA. 02203

3. The Agency maintains a record entitled "Affidavit of Karen Buckley and attachments" (hereinafter "the Affidavit") on which it has relied to serve notice on January 31, 2005 of intent to revoke the November 19, 2004 approval of the Petition for Alien Relative, Form I-130 filed on behalf of the Plaintiff by Brenda Miele Soares, plaintiff's present spouse of 12 Lakeside Avenue, Hudson, MA **(Exhibit 1)**.

4. The Plaintiff is unable to effectively respond to the allegations of marriage fraud as the Agency has failed to provide a copy of the affidavit of Ms. Karen Buckley

5. The Agency relies on the affidavit to discredit the Plaintiff and to formulate its conclusion that he engaged in fraud in an attempt to obtain an immigration benefit through his marriage to Ms. Buckley.

6. There is strong evidence to suggest that Ms. Buckley has not been truthful and honest in the affidavit. Most importantly, she apparently fails to disclose to the Agency that on January 10, 2003, the Probate and Family Court in Worcester, MA, after a full hearing and deposition under

oath from Ms. Buckley, dismissed her complaint of her annulment of the marriage and granted the Plaintiff a divorce stating "the plaintiff, Karen Buckley, offered no evidence in support of her allegation that the Defendant perpetrated a fraud by marrying her with the intent to secure his status in the United States" (See **Exhibit 2**).

7. It is inconceivable that Ms. Buckley in making the allegations of fraud in the Affidavit should apparently fail to mention this finding to the Agency, since this goes to the very core of this case.

8. In another highly material discrepancy between her affidavit and her deposition in the Probate Court proceedings, Ms. Buckley never mentions a single word that the Plaintiff offered compensation to her for the sole purpose of completing the I-130 process, so that he could move forward with the green card process. The failure to mention this highly material issue came after numerous requests to Ms. Buckley in her deposition to explain her grounds for claiming marriage fraud.

9. The conclusion is inescapable. These are some of the serious discrepancies between the allegations made in the Affidavit to the Agency and her deposition in the trial court, and others that may only be demonstrated after access to the entire contents of the Affidavit is granted.

10. There are strong grounds to believe that a full review of the affidavit will reveal other material discrepancies, which will serve to seriously undermine the credibility of Ms. Buckley and to reveal her as an embittered ex-wife seeking vengeance against the Plaintiff because of their failed marriage.

11. On February 9, 2005, Attorney Paul Shane delivered a Freedom of Information/Privacy Act Request (FOIA) to the Agency in Boston, MA (see **Exhibit 3**), receipt for which was given on February 14, 2005, under the following control number: BOS2005000516 (see **Exhibit 4**).

12. The purpose of this FOIA was to obtain a copy of the affidavit of Ms. Buckley in order that the Plaintiff could effectively respond to the allegations of marriage fraud. The FOIA request provided clear grounds for the expedited processing of the FOIA request.

13 Given the urgency of the matter and the need to respond to the Agency Notice of Intent to Revoke the approval of the Petition for Alien Relative by March 1, 2005, Attorney Shane faxed a request for response to the Agency, Attention: Ms. Joanne Sassone on February 14, 2005 **(Exhibit 5)**. On Friday, February 18, 2005, the writer spoke personally with Ms. Sassone who told the writer that the affidavit would not be provided by the Agency on the grounds of privilege **(Exhibit 6)**. The refusal of Ms. Sassone to provide the affidavit, alternatively the failure of the Agency to respond fully in writing and/or in a timely manner and consistent with the urgency of the request entitles the Plaintiff to seek the relief sought in this action.

14. It is inconceivable that the affidavit can be withheld on the basis of privilege. In quoting extensively from the affidavit in the Notice of Intent to Revoke the approval of the Petition for Alien Relative, the Agency has waived any privilege. Furthermore, the interests of justice and full disclosure in the circumstances of this case dictate that the affidavit should be provided. No

statutory grounds exist that would entitle the Agency to be exempt from providing the Affidavit to the Plaintiff.

15. On February 24, 2005 Attorney Shane wrote the Agency asking that the decision as presented by Ms. Sassone be reconsidered and further requested that the March 1, 2005 deadline for the Plaintiff's response to the Notice of Intention to Revoke Approval of the Petition for Alien Relative be extended. **( Exhibit 7 ).**

16. There remains an imminent threat that the Plaintiff may be subjected to an unfair adverse adjudication if the deadline imposed by the Agency Notice to revoke approval of the Petition for Alien Relative is not extended and the plaintiff does not get access to the affidavit.

17. If taken, this adverse adjudicative action would be the result of the Agency not having full evidence at its disposal to make a finding in a fair and equitable manner. Such an adjudication would have as its natural consequence a finding that the Plaintiff had committed fraud, a finding that would prevent the Plaintiff from receiving an immigration benefit in the form of an approved marriage petition through his present wife under the provisions of INA § 204(c), 8 U.S.C. § 1154(c) as read with 8 C.F.R. § 204.2(a)(1)(ii). Such adjudication would then preclude the plaintiff from adjusting his status to permanent residence on the grounds of a good-faith marriage to his present spouse, Brenda Miele Soares. A hearing on this adjustment of status has been scheduled for October 25, 2005 in the Immigration Court in Boston, MA **(Exhibit 8)**. Should he be ineligible for this status adjustment based upon the revocation of his defense of marriage to a United States citizen, as currently sought by the Agency, he would inevitably be subject to final removal from the United States.

18. The Plaintiff filed this action and a request for an emergency hearing on a Motion for Preliminary Injunction before this Court on March 22, 2005.

19. After hearing, Judge Young denied the Motion without prejudice with the provision that the Motion may be brought back before the Court as necessary.

20. On March 23, 2005 the Agency responded to Attorney Shane's FOIA request ( see affidavit and attached exhibits attached to this memorandum). This response contained 76 pages of documentation but did not include the affidavit of Ms. Buckley or any of its supporting exhibits. It identified twelve pages that had been forwarded to Immigration and Customs Enforcement Division, Washington, D.C. attn: Ms. Gloria Marshall for her review and direct response to Attorney Shane.

21. To date, there has been no communication or direct response to Attorney Shane from Ms. Marshall and the Agency continues to withhold these twelve pages as exempt from disclosure, pursuant to 5 U.S.C. 552 (b) (2), b(7) and (b) (7) ( C ).

22. There remains an imminent threat that the Agency may go forward and issue an adverse adjudication that would result in the revocation of the approval of the Petition for Alien Relative filed by Brenda Miele Soares, prevent the change in Mr. Soares immigration status to permanent resident and ultimately result in his removal from the United States.

23. Without the provision of the twelve pages that the Agency is withholding from disclosure to Attorney Shane, he shall not be able to structure or present an appropriate rebuttal to the allegations contained in Ms. Buckley's affidavit.

## ARGUMENT

1. This Court has jurisdiction to hear this issue although the Agency has yet to issue a final determination of either its intent to revoke approval of the Petition for Alien Relative or the provision of the documents identified in attorney Shane's FOIA request.

It is well settled that the U.S. District Court has jurisdiction pursuant to 5 USC §552(a)(4)(E) to order injunctive relief to the Plaintiff by compelling compliance by the Agency with Attorney Shane's FOIA request.

Pursuant to 5 USC 552 (a) (2) the Agency is required to make public records in its possession that support issued orders, such as the Notice to Revoke Approval of the Petition for Alien Relative. The Affidavit of Ms. Buckley and its attachments is such a record, the release of which pursuant to a validly filed request in accordance with the provisions of said statute and its own regulations, has been unjustifiably denied or not responded to adequately and/or in a timely manner by the Agency.

The denial of or failure to respond adequately and/or in a timely manner to said request is contrary to the policy as stated by the United States Supreme Court "Without question, the [Freedom of Information] Act is broadly conceived. It seeks to permit access to official information long shielded unnecessarily from public view and attempts to create a judicially enforceable public right to secure such information from possibly unwilling official hands" *EPA v. Mink, 410 U.S. 73, 80, 35 L.Ed.2d 119, 128, 93 S.Ct. 827 (1973)*.

According to the United States District Court for the Southern District of New York: "The basic objective" of the Act is the full . . . release of information." *Diamond v. Federal Bureau of Investigation, 487 F.Supp. 774, 777 (S.D.N.Y. 1979)*

According to the United States Court of Appeals for the Second Circuit: "In enacting the Freedom of Information Act, codified as part of the Administrative Procedure Act, Congress expressed the strong policy which favors the disclosure to the public of information in the possession of federal agencies". *Donovan v. F.B.I., 806 F.2d 55, 57-58 (2nd Cir. 1986)*

According to the United States Supreme Court: "As the Act is structured, virtually every document generated by an agency is available to the public in one form or another, unless it falls within one of the Act's nine exemptions". *NLRB v. Sears, Roebuck & Co., 421 U.S. 132, 136, 44 L.Ed2d 29, 95 S.Ct. 1504 (1975)*.

Despite the Agency's assertions, The Affidavit of Ms. Buckley does not fall within any of the nine exemptions from release as stated in 5 USC 552 (b) (1) - (9). Further, the Agency by quoting extensively from the Affidavit in its Notice of Intent to Revoke Approval of the Petition

for Alien Relative has waived any right to assert any of these exemptions as the basis for its failure to produce the document. Hearings in marriage fraud removal cases often involve sharply conflicting accounts, and the determination of where the truth lies is paramount. Secreting a critical document does not serve the objective of determining the truth.

The Plaintiff shall suffer irreparable harm, specifically an adverse adjudicative action, if he is not able to effectively respond to the Notice to Revoke Approval of Petition for Alien Relative through a detailed addressing of all the allegations contained in the Affidavit of Ms. Buckley.

If taken, this adverse adjudicative action would be the result of the Agency not having full evidence at its disposal to make a finding in a fair and equitable manner. Such an adjudication would have as its natural consequence a finding that the Plaintiff had committed fraud, a finding that would prevent the Plaintiff from receiving an immigration benefit in the form of an approved marriage petition through his present wife under the provisions of INA § 204(c), 8 U.S.C. § 1154(c) as read with 8 C.F.R. § 204.2(a)(1)(ii).

As stated in paragraph 11 of Attorney Shane's affidavit, in accordance with the above cited provisions, the Agency, not the Immigration Court, retains exclusive jurisdiction over the issue of the revocation of the approved petition for Alien Relative and the making of a marital fraud determination, and its action shall serve as final determination of this issue.

Such adjudication would then preclude the Plaintiff from adjusting his status to permanent residence on the grounds of a good-faith marriage to his present spouse, Brenda Miele Soares. A hearing on this adjustment of status has been scheduled for October 25, 2005 in the Immigration Court in Boston, MA **(Exhibit 8)**. Should he be ineligible for this status adjustment based upon the revocation of his defense of marriage to a United States citizen, as currently sought by the Agency, he would inevitably be subject to final removal from the United States

To preclude the very harm that Mr. Soares now faces, the Congress through its inclusion of the provisions of 5 USC §552(a)(4)(B) gave this Court jurisdiction to issue an injunction requiring that the Agency produce the full affidavit submitted by Ms. Buckley. It is clear that this action is necessary to prevent the Plaintiff from suffering irreparable harm unless his attorney is able to successfully rebut its allegations after access to its full contents.

The Plaintiff
By his attorney

Thomas P. Collins, Esq.
10 Main Street, Suite L9
Andover, MA. 01810
BBO # 548124
( 978) 474-8846

Exhibit (1)

U.S. Department of Homeland Security
JFK Federal Building – Room E-170
Boston, MA 02203



U.S. Citizenship
and Immigration
Services

## NOTICE OF APPROVAL OF RELATIVE IMMIGRANT VISA PETITION

NAME AND ADDRESS OF PETITIONER:

**Brenda Miele Soares**
**12 Lakeside Avenue**
**Hudson, MA 01749**

NAME OF BENEFICIARY:  Adailton Gomes Soares

CLASSIFICATION: I-130 approved for consideration of
**future CR1/IR1 eligibility**

FILE NO: EAC-03-219-52241
A #79 674 417
DATE PETITION FILED: 07/28/2003

DATE PETITION APPROVED: November 19, 2004

The visa petition you filed has been approved. The beneficiary for whom you filed has been given the appropriate classification. Note the approval gives no assurance that the beneficiary will automatically be found eligible for visa issuance, admission to the United States or adjustment to lawful permanent resident status. Whether the beneficiary gets a visa is decided only when an application is made to a consular officer; whether the beneficiary is admitted or adjusts status in the United States is decided only when an application is made to an immigration officer.

☐ 1.   YOUR PETITION TO CLASSIFY THE BENEFICIARY AS AN IMMEDIATE RELATIVE OF A UNITED STATES CITIZEN HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT VISA SERVICE CENTER, PORTSMOUTH, NH. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THE UNITED STATES CONSULATE THAT IS PART OF THE DEPARTMENT OF STATE WILL CONTACT THE BENEFICIARY AND GIVE INSTRUCTIONS ABOUT GETTING A VISA. QUESTIONS ABOUT GETTING A VISA SHOULD BE MADE TO THE UNITED STATES CONSUL.

☐ 2.   IF YOU BECOME A NATURALIZED CITIZEN OF THE UNITED STATES AND AN IMMIGRANT VISA HAS NOT YET BEEN ISSUED TO THE BENEFICIARY, NOTIFY THIS OFFICE IMMEDIATELY GIVING THE DATE OF YOUR NATURALIZATION. IF THE PETITION WAS IN BEHALF OF YOUR SON OR DAUGHTER, PLEASE ADVISE WHETHER THAT PERSON IS STILL UNMARRIED. THIS INFORMATION MAY BE HELPFUL TO THE BENEFICIARY IN GETTING A VISA FASTER.

☐ 3.   YOUR PETITION FOR PREFERENCE CLASSIFICATION HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT_____. THIS COMPLETES ALL ACTION BY THE SERVICE. THIS SERVICE DOES NOT ISSUE VISAS IN OTHER COUNTRIES. VISAS ARE ISSUED ONLY BY UNITED STATES CONSULS WHO ARE EMPLOYEES OF THE UNITED STATES DEPARTMENT OF STATE. WHEN THE BENEFICIARY'S TURN IS REACHED ON THE VISA WAITING LIST, THE UNITED STATES CONSUL WILL CONTACT THE BENEFICIARY AND GIVE INSTRUCTIONS ABOUT GETTING A VISA. VISAS ARE ISSUED ACCORDING TO THE DATE THE PETITION WAS FILED. QUESTIONS ABOUT GETTING A VISA SHOULD BE ADDRESSED TO THE UNITED STATES CONSUL.

☐ 4.   YOUR PETITION SAYS THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. THE ENCLOSED APPLICATION, (FORM I-485), SHOULD BE COMPLETED AND SUBMITTED BY THE BENEFICIARY WITHIN 30 DAYS. (IF THE BENEFICIARY PREVIOUSLY SUBMITTED SUCH AN APPLICATION AND HAD IT RETURNED, IT SHOULD BE RESUBMITTED WITHIN 30 DAYS.)

☐ 5.   THE BENEFICIARY WILL BE INFORMED OF THE DECISION MADE ON THE PENDING APPLICATION TO BECOME A LAWFUL PERMANENT RESIDENT.

☐ 6.   THE PETITION SAYS THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. THE BENEFICIARY MAY NOT APPLY TO BECOME A PERMANENT RESIDENT, HOWEVER, UNTIL A VISA NUMBER IS AVAILABLE. INFORMATION ABOUT VISA NUMBERS MAY BE OBTAINED FROM THE UNITED STATES DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS, WASHINGTON, D.C.

☐ 7.   ORIGINAL DOCUMENTS SUBMITTED IN SUPPORT OF YOUR PETITION UNACCOMPANIED BY COPIES HAVE BEEN MADE A PERMANENT PART OF THE PETITION. ANY OTHERS ARE BEING RETURNED WITH THIS FORM.

■ 8.   REMARKS: The I-130 file has been forwarded to CIS Litigation Unit, TAU, JFK Federal Building, Government Center, Boston, MA 02203.

VERY TRULY YOURS,

*Denis C. Riordan*

DENIS C. RIORDAN
DISTRICT DIRECTOR

cc: Paul Shane, Esq.
FORM I-171 (REV. 3/4/82)

lok r 3  11/18/04

Exhibit 2



U.S. Department of Homeland Security
JFK Federal Building – Room E-170
Boston, MA 02203

U.S. Citizenship
and Immigration
Services

Brenda Miele Soares
12 Lakeside Avenue
Hudson, MA 01749

File Number: EAC-03-219-52241
A #79 674 417

Date: JAN 3 1 2005

Dear Ms. Soares:

This letter will serve as notice of this Service's intent to revoke the approval of the Petition for Alien Relative, Form I-130, which you filed on behalf of Adailton Gomes Soares, seeking to classify him as the spouse of a citizen of the United States under Section 201(b) of the Immigration and Nationality Act.

Section 201 of the Immigration and Nationality Act (the Act) provides:

> (b) Aliens not subject to direct numerical limitations. Aliens described in this subsection, who are not subject to the worldwide levels or numerical limitations of subsection (a), are as follows:
>
>> (2)(A)(i) Immediate relatives. For purposes of this subsection, the term "immediate relatives" means the children, spouses, and parents of a citizen of the United States...

Section 204 of the Act provides:

> (a) Petitioning procedure.
>
>> (1)(A)(i) Any citizen of the United States claiming that an alien is entitled to classification by reason of a relationship described in paragraph (1), (3), or (4) of section 203(a) or to an immediate relative status under section 201(b)(2)(A)(i) may file a petition with the Attorney General for such classification.
>
> (c) Limitation on orphan petitions for a single petitioner; prohibition against approval in cases of marriages entered into in order to evade immigration with marriage fraud, Notwithstanding the provisions of subsection (b) no petition shall be approved if (1) the alien has previously been accorded, or has sought to be accorded, an immediate relative or preference status as the spouse of a citizen of the United States or the spouse of an alien lawfully admitted for permanent residence, by reason of a marriage determined by the Attorney General to have been entered into for the purpose of evading the immigration laws or (2) the Attorney General has determined that the alien has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws.

Title 8, Code of Federal Regulations, part 204.2 provides:
Petition for a spouse—

Eligibility. A United States citizen or alien admitted for lawful permanent residence may file a petition on behalf of a spouse.

    (ii) Fraudulent marriage prohibition. Section 204(c) of the Act prohibits the approval of a visa petition filed on behalf of an alien who has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws. The director will deny a petition for immigrant visa classification filed on behalf of any alien for whom there is substantial and probative evidence of such an attempt or conspiracy, regardless of whether that alien received a benefit through the attempt or conspiracy. Although it is not necessary that the alien have been convicted of, or even prosecuted for, the attempt or conspiracy, the evidence of the attempt or conspiracy must be contained in the alien's file.

Section 205 of the Act provides:

The Attorney General may, at any time, for what he deems to be good and sufficient cause, revoke the approval of any petition approved by him under section 204. Such revocation shall be effective as of the date of approval of any such petition. In no case, however, shall such revocation have effect unless there is mailed to the petitioner's last known address a notice of revocation and unless notice of the revocation is communicated through the Secretary of State to the beneficiary of the petition before such beneficiary commences his journey to the United States. If notice of revocation is not so given, and the beneficiary applies for admission to the United States, his admissibility shall be determined in the manner provided for by sections 235 and 240 [1225 and 1229a].

Title 8, Code of Federal Regulations, part 205.2 provides:

    (a) General. Any Service officer authorized to approve a petition under section 204 of the Act may revoke the approval of that petition upon notice to the petitioner on any ground other than those specified in 205.1 when the necessity for the revocation comes to the attention of this Service.

    (b) Notice of intent. Revocation of the approval of a petition or self-petition under paragraph (a) of this section will be made only on notice to the petitioner or self-petitioner. The petitioner or self-petitioner must be given the opportunity to offer evidence in support of the petition or self-petition and in opposition to the grounds alleged for revocation of the approval.

    (c) Notification of revocation. If, upon reconsideration, the approval previously granted is revoked, the director shall provide the petitioner or the self-petitioner with a written notification of the decision that explains the specific reasons for the revocation. The director shall notify the consular officer having jurisdiction over the visa application, if applicable, of the revocation of an approval.

## The records of the Service reflect:

On or about July 28, 2003 you filed an Immigrant Petition for Relative (form I-130) as a United States citizen on behalf of an alien spouse, the beneficiary, Adailton Gomes Soares, EAC-03-219-52241, A #79 674 417 pursuant to sections 201(b) and 204(a) of the Act. With a notice date of November 19, 2004, the Service approved your petition. However, according to an affidavit from the beneficiary's second wife, Karen Buckley, a United States citizen, Ms. Buckley married the beneficiary who represented himself as a United States citizen. Shortly after the marriage, Ms.

Buckley discovered that the beneficiary was an illegal alien whose divorce from his first wife, a Brazilian native, became absolute just six days before Ms. Buckley married the beneficiary. Ms. Buckley uncovered correspondence of affection to another woman, the current petitioner, just six weeks after his marriage to Ms. Buckley. In other correspondence, the beneficiary referred to his brief marriage with Ms. Buckley as life in a prison. The beneficiary expressed hope of getting his permanent residence so that he could get visas for his children and his first wife. The beneficiary offered compensation to Ms. Buckley for the sole purpose of completing the I-130 process so that he could move forward with the "green card" process. Ms. Buckley refused to agree to the beneficiary's wishes. Within the meaning of section 204(c) of the Act, such actions on the part of the beneficiary were a fraudulent attempt to engage in fraud to evade immigration law in order to obtain an immigration benefit within the meaning of section 204(c) of the Act.

An approval of a visa petition vests no rights in the beneficiary of the petition but is only a preliminary step in the visa or adjustment of status application process, and the beneficiary is not, by mere approval of the petition, entitled to an immigrant visa or adjustment of status. The realization by the district director that he made an error in judgment in initially approving a visa petition may, in and of itself, be good and sufficient cause for revoking the approval, provided in the district director's revised opinion is supported by the record. Doubt cast on any aspect of the petitioner's proof may lead to a reevaluation of the reliability and sufficiency of the remaining evidence offered in support of the visa petition. Matter of Ho, 19 I&N Dec. 582 (BIA 1988).

In accordance with Matter of To, 14 I&N Dec. 679 (BIA 1974), you are hereby afforded the opportunity to rebut the above-mentioned derogatory information and to submit any additional evidence in support of the visa petition. You have until MAR 0 1 2005 to submit such rebuttal or evidence. Failure to respond to this notice within the allotted time will result in the revocation of your visa petition for the reasons set forth.

Sincerely,

Denis C. Riordan
District Director

cc: Paul Shane, Esq.

Exhibit 3

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MASSACHUSETTS

FILE: A-79-674-417                    DATE: March 8, 2003

In the Matter of                          )
                                          ) RESPONDENT'S MOTION
SOARES, ADAILTON GOMES                    ) FOR A CONTINUANCE
Respondent                                )

TO THE HONORABLE IMMIGRATION JUDGE:

Now comes the Respondent, Adailton Soares, through counsel, and hereby requests that this Court grant a continuance of his removal proceedings to a date to be determined on the Courts Master Calendar schedule.

In support of this Motion, the Respondent states the following:

This matter has been scheduled for an Individual Calendar hearing on March 29, 2004 at 1.00 p.m. On July 24, 2003, the Respondent filed a Petition for Alien Relative (Form I-130) with his present spouse, Brenda M. Soares, a US citizen, as Petitioner, and which Petition is presently pending with the Vermont Service Center under Case Number EAC-03-219-52241. On January 2, 2004, the Respondent provided documentation to sustain a bona fide marriage exemption and the Petition is pending as of the present. It may be several months longer before the Vermont Service Centre adjudicates the Petition. Respondent will seek to adjust status at an individual hearing when his I-130 Alien Relative Petition is approved. Respondent is seeking a continuance to allow sufficient time for the approval of his marriage petition by BCIS and seeks to reschedule this matter on the Court's master calendar to a date appropriate for approval.

Wherefore, Respondent respectfully requests that this Motion be allowed.

Respectfully submitted,
Adailton Gomes Soares
By his attorney,

The within motion is hereby
ALLOWED
ALLOWED AS MODIFIED
DENIED   Patricia Vegard
Date___ US IMMIGRATION JUDGE
3/15/04 Case will be returned
to a Master Calendar Hearing.

Paul T. Shane (BB0# 631363)
Suite 350, One Gateway Center
Washington Street
Newton, MA 02458-2802
617-965-9900

Call-up date for I-130
motion re: status I-130
is 2/11/05
The Hearing date
is 4/5/05

Dated this 8th day of March, 2004

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A79 674 417

In the Matter of:

Respondent:    Adailton        Gomes        SOARES

5 Gorham Ave. #3
Clinton                        MA      01510

(Number, street, city, state and ZIP code)                      (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of Brazil and a citizen of Brazil;

3. You were admitted to the United States at Newark, New Jersey on or about March 28, 1999 as a nonimmigrant visitor (B-2) with authorization to remain in the United States for a temporary period not to exceed September 27, 1999;

4. You remained in the United States beyond September 27, 1999 without authorization from the Immigration and Naturalization Service.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the of the Immigration and Nationality Act (Act), as amended, in that you are an alien, in and admitted to the United States, who is present in the United States in violation of the Act or any other law of the United States.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐   8 CFR 208.30(f)(2)    ☐   8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
JFK Federal Building, Room 320, Government Center, Boston, MA 02203

(Complete Address of Immigration Court, Including Room Number, if any)

on   To Be Calendared and Sent   at   By E.O.I.R.   to show why you should not be removed from the United States based on the
      (Date)             (Time)
charge(s) set forth above.

Assistant District Director - Investigations
(Signature and Title of Issuing Officer)

Date:     07/16/02                               Boston, MA
                                                             (City and State)

**See reverse for important information**

Form I-862 (Rev. 4-1-97)

See reverse for important information

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
(Signature and Title of INS Officer)

_____
(Signature of Respondent)

Date: _____

---

**Certificate of Service**

This Notice to Appear was served on the respondent by me on ___07/16/02___ , in the following manner and in
(Date)
compliance with section 239(a)(1)(F) of the Act:

☐ in person      ☐ by certified mail, return receipt requested      ☒ by regular mail

COPY TO ATTORNEY SHANE

☒ Attached is a list of organizations and attorneys which provide free legal services.

☐ The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

_____ Special Agent
(Signature and Title of Officer)

Exhibit 4

File No. A 79-674-417   Client's Name: SOARES, ADAILTON G
(Last first, middle-initial)

Representative's Name/Phone Number 617-965-9900

PAUL J. SHANE, ESQ.
SUITE 350, ONE GATEWAY CENTER
WASHINGTON STREET
NEWTON, MASSACHUSETTS 02458-2802

Is an original Form G-28 attached? Yes:_____ (Your request will not be processed unless accompanied by a Form G-28. A copy may be substituted if an original G-28 has previously been filed with the Service.)

Have you been recognized as counsel/representative of record before the Executive Office for Immigration Review by filing a Form EOIR-28 for this case? Yes ✓ No _____ (If "no", your request will not be processed.)

Is your client detained by INS? Yes ✓ No _____

Is this the first request made for this client? Yes ✓ No _____ (If "no", indicate date of prior request _____

What is the nature of pending proceedings before immigration judge?
Deportation _____   Exclusion _____   Removal ✓   Rescission _____

Have you or your client filed a Freedom of Information Act request? Yes _____ No ✓
If "yes", please provide date. _____

Please specify the particular documents requested. Full Contents of Alien's Immigration File, including, I-130 Alien Relative Petition, I-485 Application to Adjust, G-325 Biographic Information; I-765 Employment Authorization, I-131 Travel, Filing Sheet, Petitioner's I-864 Affidavit of Support with Supporting tax Returns + employment letters, medical Report, Bank Statements, Bank letters, Birth certificates

Please estimate the number of pages to be produced. 50 Passports, marriage certificate Petitioner's letters Withdrawing I-130. Petition, Interview notice,

I am requesting the above information under the INS Pilot Disclosure Program. I understand that this is a voluntary program undertaken by the Immigration & Naturalization Service to explore ways in which litigants in immigration proceedings may informally exchange information. This procedure is intended to complement the more formal procedures available under the Freedom of Information Act (FOIA). It is not meant as a substitute for FOIA requests.

Incomplete forms or those not accompanied by requested evidence of representation will be returned. In order to address as many inquiries as possible in a timely manner, priority will be given to requests for specific documents. "Global" requests will necessarily entail additional processing time. It is not the intent of the Service for any litigation to be disrupted or motions for continuance to be entertained, based upon an inability to comply with a disclosure request under these procedures.

I acknowledge that this request shall not be construed to create any substantive right or benefit that is legally enforceable by any party against the United States or its agencies or any other person.

Signature of representative _____   Date: 12/10/02

## YOU MUST:

MAIL YOUR REQUEST TO: INS PILOT DISCLOSURE PROGRAM
Correspondence Between INS P.O. BOX 6247, JFK STATION
+ Petitioner Relating to Withdrawal BOSTON, MA 02114
I-130 + Notes of telephone calls + in-person communications with Petitioner Relating to Withdrawal, Referral notice to court, any ____ Immigration documents Relating to alien's entry to the US

# Notice of Entry of Appearance as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2 (b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re:   In Removal Proceedings and related immigration matters<br>Alien: Adailton Soares | Date:   Dec 3, 2002 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:

Adailton Soares      ☐ Petitioner      ☒ Applicant
                     ☐ Beneficiary

Address: (Apt. No.)      (Number & Street)      (City)      (State)      (Zip Code)

Apt. #3      5 Gorham Avenue      Clinton      MA      01510

Name:
                     ☐ Petitioner      ☐ Applicant
                     ☐ Beneficiary

Address: (Apt. No.)      (Number & Street)      (City)      (State)      (Zip Code)

*Check Applicable Item(s) below*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

Massachusetts, Supreme Judicial Court   and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| | |
|---|---|
| SIGNATURE | COMPLETE ADDRESS<br>Paul T. Shane<br>Suite 350, One Gateway Center, Washington Street<br>Newton, MA 02458-2802 |
| NAME (Type or Print)<br>Paul T. Shane | TELEPHONE NUMBER<br>(617)-965-9900 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Paul T. Shane
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

In Removal Proceedings and related immigration matters      Alien: Adailton Soares

| Name of Person Consenting<br>Adailton Soares | Signature of Person Consenting | Date<br>Dec 5, 2002 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
BEFORE THE IMMIGRATION COURT
*EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*

TYPE OF PROCEEDING:

- [ ] Deportation
- [X] Removal
- [ ] Exclusion
- [ ] Bond Redetermination
- [ ] Motion to Reopen/Reconsider
- [ ] Rescission
- [ ] Disciplinary

DATE December 3, 2002

ALIEN NUMBER(S) (list lead alien number and all family member alien numbers if applicable)

A 79674417

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

| NAME | (First) | (Middle Initial) | | (Last) |
|------|---------|------------------|---|--------|
| | Adailton | G. | | Soares |

| ADDRESS | (Number & Street) | (Apt. No.) | (City) | (State) | (Zip Code) |
|---------|-------------------|-----------|--------|---------|-----------|
| | 5 Gorham Avenue | #3 | Clinton | MA | 01510 |

Please check one of the following:

[X] 1. I am a member of good standing of the bar of the highest court(s) of the following State(s), possession(s), territory(ies), Commonwealth(s), or the District of Columbia:

Name(s) of Court(s)

Massachusetts, Supreme Judicial Court

State Bar No. (if applicable)

631363

(Please use space on reverse side to list additional jurisdictions.)

I [X] am not (or [ ] am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions other than federal courts where I am licensed to practice law.

[ ] 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review (provide name of organization):

[ ] 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 292. (Explain fully on reverse side.)

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Immigration Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNATURE OF ATTORNEY OR REPRESENTATIVE          EOIR ID#          TELEPHONE number (Include Area Code)     DATE

(617) 965-9900          December 3, 2002

NAME OF ATTORNEY OR REPRESENTATIVE (TYPE OR PRINT)     ADDRESS     [ ] Check here if this is a new address.

Paul T. Shane

Paul T. Shane
Suite 350, One Gateway Center, Washington Street
Newton, MA 02458-2802

**Certificate of Service**

I Paul Shane
(Name)
mailed or delivered a copy of the foregoing on 12/3/02
(Date)
to the Immigration and Naturalization Service at INS Service, 3rd Fl. JFK Bld. Goverment Center, Boston
(Address)

OMB#1125-0006

X _____
Signature of Attorney or Representative

FORM EOIR-28
August 99

(Note: Alien may be required to sign Acknowledgement and Consent on reverse side of this form.)

I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Adailton G. Soares | | December 3, 2002 |

(NOTE: *The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign this form.*)

APPEARANCES - An appearance shall be filed on EOIR Form-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 3.17). When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature shall constitute a representation that, under the provisions of 8 C.F.R. Chapter 3, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record. Please note that appearances for limited purposes are not permitted. A separate appearance (EOIR Form-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 3.38(g)). Further proof of authority to act in a representative capacity may be required.

AVAILABILITY OF RECORDS - During the time a case is pending, a party to a proceeding or his/her attorney or representative shall be permitted to examine the Record of Proceeding in the Immigration Court having administrative control over the Record of Proceeding, in accordance with the standard procedures of that Court.

REPRESENTATION - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in 8 C.F.R. § 1.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R. § 292.1(a)(3).

(4) Accredited representatives as defined in 8 C.F.R. § 292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 292.1(a)(5).

THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1-16.11 AND APPENDICES.

Public reporting burden for the collection of information is estimated to average 6 minutes per response, including the time for reviewing the data needed, completing the collection of information, and record-keeping. Send comments regarding this burden estimate or any other aspect of this information collection including suggestions for reviewing this burden to the Executive Office for Immigration Review, 5107 Leesburg Pike, Suite 2400, Falls Church, VA 22041.

Persons are not required to respond to this collection of information unless the form displays a currently valid OMB number.

Additional Information:

(Please attach additional sheets of paper as necessary.)

Exhibit 5

**U.S. DEPARTMENT OF HOMELAND SECURITY**

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

Date:   5. 6. 03

RE:   A79 674 417 - SOARES, ADAILTON G.

Enclosed please find several pages of documents provided under your Pilot Disclosure Program Request.

Sincerely,

Richard D. Neville
Assistant District Counsel
Program Coordinator

OMB No. 1115-0053
Form I-485, Application to Register
Permanent Residence or Adjust Status

## START HERE - Please Type or Print

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name **SOARES** | Given Name **Adailton** | Middle Initial **G** |

Address - C/O

Street Number and Name **1990 Massachusetts Ave**     Apt. # **Lot 11**

City **Lunenburg**

State **MA**     Zip Code **01462**

Date of Birth (month/day/year) **06-28-61**

Country of Birth **Brazil**

Social Security # **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**     A # (if any)

Date of Last Arrival (month/day/year) **03/28/99**     I-94 # **67307401406**

Current INS Status **B-2**     Expires on (month/day/year) **09/27/99**

### Part 2.  Application Type. (check one)

I am applying for adjustment to permanent resident status because:

a. [X]  an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.)

b. [ ]  my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. [ ]  I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [attach a copy of the fiance(e) petition approval notice and the marriage certificate].

d. [ ]  I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

Antes da Saída

**673074014 06**

Serviço de Imigração e Naturalização
I-94
Antes da Saída

**B-2**

January 1, 1959, and

d in (e) and am residing y 1, 1959, and thereafter

parate piece of paper.)

was granted permanent mmigrant or parolee, or

the description in (f),

Nome de Família
SOARES
Nome Próprio
ADAILTON G.
País de Cidadania
BRAZIL

16. Data de nascimento (dia/mês/ano)
28/06/61

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | Apr16/02 003#05315 BOS I-485    $255. |
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |

[ ] Applicant Interviewed

**Section of Law**
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[ ] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 1 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other

**Country Chargeable**

**Eligibility Under Sec. 245**
[ ] Approved Visa Petition
[ ] Dependent of Principal Alien
[ ] Special Immigrant
[ ] Other

**Preference**

**Action Block**

DENIED 7/5/02
I-130 WITHDRAWN

---

**To Be Completed by Attorney or Representative, if any**
[X] Fill in box if G-28 is attached to represent the applicant
VOLAG#

**JOANNE SPRAGUE**

---



U.S. Department of Justice

Immigration and Naturalization Service

---

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

Adailton SOARES
5 Gorham Avenue #3                    A79 674 417
Clinton, MA 01510

JUL 0 5 2002

## NOTICE OF DENIAL OF APPLICATION FOR PERMANENT RESIDENCE

You have applied for the benefits of Section 245 of the
Immigration and Nationality Act (Act) based upon a Petition for
Alien Relative filed by Karen BUCKLEY to accord you classification
as an immediate relative of a United States citizen. Section 245
of the Act states that in order for an alien to adjust in the
United States that among other things the alien must be "eligible
to receive a visa".

Karen BUCKLEY withdrew her support from the Petition for Alien
Relative filed on your behalf. There is no other visa petition on
your behalf pending before this Service.

You have not been found qualified for any immigration preference.
You are statutorily ineligible for adjustment of status under
section 245(a)(3) of the Act because an immigrant visa is not
immediately available to you. Also, you are inadmissible to the
United States, not being in possession of a valid labor
certification as required by Section 212(a)(5)(A) of the Act not
having established that you are exempt such certification.

Sincerely,

Denis C. Riordan / T.C.
Denis C. Riordan
Acting District Director



U.S. Department of Homeland Security
JFK Federal Bldg
Government Center
Boston, MA 02203

U.S. Citizenship
and Immigration
Services

February 14, 2005

BOS2005000516

Paul T Shane
ONE GATEWAY CENTER,
WASHINGTON STREET, SUITE 350
NEWTON, MA 02458-2802

Dear Paul T Shane:

We received your request for information relating to Soares, Adailton G on February 14, 2005.

Your request is being handled under the provisions of the Freedom of Information Act
(5 U.S.C. 552). It has been assigned the following control number: BOS2005000516. Please cite this
number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this
system we consider each request according to the complexity and volume so that requesters with a simple
and quick response do not wait for extended periods of time while we review complex voluminous
requests. Because of the nature of your request we have placed your request on the simple track.

If you have further questions, please address your inquiry to this office, Attention: FOIA/PA Officer.

Sincerely,

Karen-Anne Haydon
ADD/Examination

# PAUL T. SHANE
## Attorney - At - Law

Suite 350
One Gateway Center
Washington Street
Newton, MA 02458-2802

Phone    (617)965-9900
Fax      (617)965-9697
Email: paultshane@aol.com

**Per UPS**

U.S. Citizenship & Immigration Services
U.S. Department of Homeland Security
JFK Federal Building
Room E-170
Boston
MA 02203

February 24, 2005

**Attention:** Mr. Denis C. Riordan

<u>Re: Alien Relative Petition (Form I-130)</u>
<u>Alien: Mr. Adailton Gomes Soares (A79 674 417)</u>
<u>File Number: EAC-03-219-52241</u>

This letter is submitted in response to the letter received from USCIS dated January 31, 2005 giving Notice of Intention to revoke the approval of the Petition for Alien Relative (Form I-130) on behalf of the alien, Mr. Adailton Gomes Soares. The alien is given until March 1, 2005 to respond.

The alien is unable to effectively respond to the allegations of marriage fraud as USCIS has failed to provide a copy of the affidavit of Ms. Karen Buckley, from which it quotes and on which it relies to discredit the alien and to formulate its conclusion that the alien engaged in fraud in an attempt to obtain an immigration benefit through his marriage to Ms. Buckley.

There is strong evidence to suggest that Ms. Buckley has not been truthful and honest in the affidavit. Most importantly, she apparently fails to disclose to Immigration that on January 10, 2003, the Probate and Family Court in Worcester, MA, after a full hearing and deposition under oath from Ms. Buckley, dismissed her complaint of her annulment of the marriage and granted the defendant (alien) a divorce stating "the plaintiff, Karen Buckley, offered no evidence in support of her allegation that the Defendant perpetrated a fraud by marrying her with the intent to secure his status in the United States" (See **Exhibit 1**). It is inconceivable that Ms. Buckley in making the allegations of fraud in the affidavit should fail to mention this finding to the Immigration service, since this goes to the very core of this case. In another highly material discrepancy between her affidavit and her deposition in the Probate Court proceedings, she never mentions a single word that the alien offered compensation to her for the sole purpose of completing the I-130 process, so that he could move forward with the green card process. The failure to mention this highly material issue came after numerous requests to Ms. Buckley in her deposition to explain her grounds for claiming marriage fraud.

The conclusion is in escapable. There are serious discrepancies between the allegations made in the affidavit to Immigration and her deposition in the trial court.

There are strong grounds to believe that a full review of the affidavit will reveal other material discrepancies, which will serve to seriously undermine the credibility of Ms. Buckley and to reveal her as an embittered ex-wife seeking vengeance against the alien because of their failed marriage.

On February 9, 2005, the writer delivered a Freedom of Information/Privacy Act Request (FOIA) to USCIS in Boston, MA (see **Exhibit 2**), which was receipted on February 14, 2005, under the following control number: BOS2005000515 (see **Exhibit 3**). The purpose of this FOIA was to obtain a copy of the affidavit of Ms. Buckley and its attachments, to enable the alien to effectively respond to the allegations of marriage fraud. The FOIA request provided clear grounds for the expedited processing of the FOIA request. Given the urgency of the matter and the need to respond by March 1, 2005, the writer spoke to several parties to facilitate a quick response. On Friday, February 18, 2005, the writer spoke personally with Ms. Joanne Sassone who told the writer that the affidavit would not be provided by USCIS on the grounds of privilege. As yet a formal response in writing to the FOIA request has not yet been forthcoming.

It is inconceivable that the affidavit can be withheld on the basis of privilege. In quoting extensively from the affidavit, USCIS has waived any privilege. Furthermore, the interests of justice and full disclosure in the circumstances of this case dictate that the affidavit should be provided.

It is the intention of the writer to appeal the denial and seek injunctive relief in the District Court compelling USCIS to provide the affidavit.

The purpose of this letter is two fold: 1.) to request USCIS to reconsider its decision to deny the FOIA request by providing a copy of the affidavit to facilitate a proper rebuttal for the alien; and 2.) to facilitate the FOIA appeals process or court action in a timely way to secure discovery of the affidavit. Under these later circumstances and given the material discrepancies of Ms. Buckley, it is impossible for the alien to respond to the intended revocation by March 1, 2005, and additional reasonable time is required to do so. Please, therefore, provide a suitable period of time for the purposes of responding.

It would be extremely prejudicial to the alien to attempt to respond to the allegations without knowing the full contents of her testimony in her affidavit. The stakes for the alien are very high. If his 1-130 is revoked, he will be ineligible to adjust through his present good-faith marriage, and he will be deported.

I briefly had the opportunity to discuss with Mr. Ray Sleeper the refusal to provide the affidavit and he appeared sympathetic to my cause to need more time to resolve this issue. For this reason, I am copying this letter for his attention as requested by him.

Your urgent attention to this matter is kindly requested.

Yours truly,

Paul Shane

Cc: Mr. Ray Sleeper

Exhibit 1

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
PROBATE AND FAMILY COURT DEPARTMENT

Worcester Division, ss                          Docket No. 02 D 0857

| | |
|---|---|
| KAREN BUCKLEY, Plaintiff | ) ) ) ) |
| v. | ) ) |
| ADAILTON SOARES, Defendant | ) ) ) |

### ORDER
### on DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
### Filed October 31, 2002

This matter came before the Court (Roach, J.) on November 14, 2002, on the Defendant's Motion for Summary Judgment to dismiss the Plaintiff's Complaint for Annulment. The Plaintiff, Karen Buckley, offered no evidence in support of her allegation that the Defendant perpetrated a fraud by marrying her with the intent to secure his status in the United States. After hearing and full consideration of the pleadings, deposition testimony, and affidavits, it is hereby **ADJUDGED** and **ORDERED** that:

1. Defendant's Motion for Summary Judgment is **GRANTED**, as there is no dispute of any issues of material fact and Defendant is entitled to judgment as a matter of law.

2. The Plaintiff's Complaint for Annulment shall be **DISMISSED WITH PREJUDICE**.

_January 10, 2003_
Date

Gregory V. Roach, Justice
Worcester Probate and Family Court

A TRUE COPY:
ATTEST:

REGISTER

B13
C 11303

Exhibit 2

# PAUL T. SHANE
## Attorney - At - Law

Suite 35
One Gateway Cente
Washington Stree
Newton, MA 02458-280:

Phone    (617)965-9900
Fax      (617)965-9697
Email: paultshane@aol.com

US Citizenship & Immigration Services
JFK Federal Building
Government Center
Boston
MA 02203

February 9, 2005

<u>Re: Alien: Adailton Gomes Soares</u>
<u>Alien Number: 79-674-417</u>
<u>Freedom of Information Request and request under the Privacy Act</u>

I am the attorney of record representing Mr. Adailton G. Soares and am submitting a **FOIA Request** at his instance. My Appearance to Defend is on file with Immigration. This is a request to provide copies of records as well as in-person inspection of documents.

## This is a request for expedited processing based on a compelling need:

1. USCIS is seeking to revoke the Alien's approved I-130 Petition for Alien Relative under case number                         EAC-03-219-52241 (Petitioner is his present wife, Brenda Miele Soares) (**Exhibit 1**) and has given the Alien until March 1, 2005 to respond (**Exhibit 2**). In the absence of an approved I-130 Petition, the Alien, who is in removal proceedings (**Exhibit 3**), has no defense to his removal and will be deported from the US, resulting in separation from his wife.

2. In seeking to revoke the I-130 petition, Immigration relies exclusively on an Affidavit of Karen Louise Buckley, the alien's former wife (**Exhibit 2**), concluding from this affidavit that the first marriage between the Alien and Buckley was fraudulent on the Alien's part. Immigration then seeks to invoke the provisions of section 204 (C) of INA to deny the Alien the ability to adjust status through a Marriage Petition by his present wife, Brenda Soares, under the approved I-130 Petition.

3. On December 10, 2002, when the Alien was placed in removal proceedings (with the knowledge that Karen Buckley had withdrawn her support for their prior marriage petition filed by her), I requested from the Trial Attorney all documents relating to Karen Buckley's withdrawing her support for the marriage petition, under the Pilot Disclosure Program (a form of Freedom of Information Request) intended for expeditious discovery in removal proceedings (**Exhibit 4**). The Trial Attorney responded on May 6, 2003 (**Exhibit 5**), but provided only those documents relating to Karen Buckley's marriage petition and the alien's adjustment application, but omitted (despite a specific request therefore) to provide the affidavit of Karen Buckley or any other documents she

had provided to revoke the petition). On the face of things, it would appear as if the decision to withhold the documentation was deliberate and no explanation was offered for withholding highly relevant and pertinent documentation provided by Karen Buckley to Immigration, and which was not privileged to Immigration. In the absence of anything further, there appears to be a serious wrongdoing in this action on the part of the Immigration Service. Now, in order to protect the integrity of Immigration as a service that is open and is not intent on secreting information, this documentation must be produced urgently.

4.   The Alien now faces having to respond to allegations that are hearsay in a letter of intent to revoke by Immigration (**Exhibit 2**), and the alien has not had the benefit of reviewing the full affidavit of Karen Buckley and supporting documents in their entirety.   The allegations of fraud are far-reaching in their consequences, and the circumstances demand immediate access and review of all original documentation, which may serve to exculpate the Alien.

5.   I will be leaving for South Africa on Thursday, February 24, 2005 for 10 days. I need to prepare a response to the notice of intention to revoke the approved I-130 petition before I leave, and therefore urgently require to see the affidavit of Karen Buckley and the supporting documents referred to by Immigration in forming its opinion to revoke.

Yours truly,

Paul Shane

U.S. Department of Justice
Immigration and Naturalization Service

OMB NO. 1115-0087
**Freedom of Information/Privacy Act Request**

The completion of this form is optional.
Any written format for Freedom of Information or Privacy Act requests is acceptable.

START HERE - Please type or print and read instructions on the reverse before completing this form.

1. Type of Request: *(Check appropriate box)*
   - ☒ Freedom of Information Act (FOIA) *(Complete all items except 7)*
   - ☒ Privacy Act (PA) *(Item 7 must be completed in addition to all other applicable items)*
   - ☐ Amendment *PA only, Item 7 must be completed in addition to all other applicable items)*

2. Requester Information:

| | |
|---|---|
| Name of Requester:<br>Paul T. Shane | Daytime Telephone:<br>1-617-965-9900 |
| Address *(Street Number and Name)*:<br>One Gateway Center, Washington St. | Apt. No<br>Ste. 350 |
| City:<br>Newton | State:<br>MA | Zip Code:<br>02458-2802 |

*By my signature, I consent to the following:*

Pay all costs incurred for search, duplication, and review of materials up to $25.00, when applicable. *(See Instructions)*

Signature of requester:

☐ Deceased Subject - Proof of death must be attached. *(Obituary, Death Certificate or other proof of death required)*

3. Consent to Release Information. *(Complete if name is different from Requester) (Item 7 must be completed)*

| Print Name of Person Giving Consent:<br>Adailton Gomes Soares | Signature of Person Giving Consent: |
|---|---|

*By my signature, I consent to the following: (check applicable boxes)*

☒ Allow the Requester named in item 2 to see ☒ all of my records or ☐ a portion of my record. If a portion, specify what part *(i.e. copy of application)*

*(Consent is required for records for United States Citizens (USC and Lawful Permanent Residents (LPR)*

4. Action Requested *(Check One):*    ☒ Copy    ☒ In-Person Review

5. Information needed to search for records:

Specific information, document(s), or record(s) desired: *(Identify by name, date, subject matter, and location of information)*
Affidavit of Karen Louise Buckley, with all attachments, used by USCIS to make its 204 (C) determination of a fraudulent marriage, and any other statements or documents provided by her, and used to discredit Mr. Adailton Gomes Soares' credibility, leading to the decision to revoke the approved I-130 Marriage Petition under EAC-03-219-52241.

Purpose: *(Optional: you are not required to state the purpose for your request; however, doing so may assist the INS in locating the records needed to respond to your request.)*
To respond adequately to the intended I-130 Marriage Petition Revocation on grounds a fraudulent marriage under Section 204(C) of INA approved under EAC-03-219-52241.

6. Data NEEDED on SUBJECT of Record: *(If data marked with asterisk (*) is not provided records may not be located)*

| | | |
|---|---|---|
| *Family Name<br>Soares | Given Name:<br>Adailton | Middle Initial:<br>G. |
| *Other names used, if any:<br>Soares, Adailton | *Name at time of entry into the U.S.:<br>03/28/1999 | I-94 Admissions #:<br>67307401406 |
| *Alien Registration #:<br>79 674 417 | *Petition or Claim Receipt #:<br>EAC-03-219-52241 | *Country Birth:<br>Brazil | *Date of Birth or Appx. Year<br>06/28/1961 |
| Names of other family members that may appear on requested record(s) *(i.e., Spouse, Daughter, Son)*:<br>Karen Louise Buckley - spouse (Petitioner) | | |
| Country of Origin *(Place of Departure)*:<br>US | Port-of-Entry into the U.S.<br>Newark, New Jersey | Date of Entry:<br>03/28/1999 |
| Manner of Entry: *(Air, Sea, Land)*<br>Air | Mode of Travel: *(Name of Carrier)* | SSN:<br>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 |
| Name of Naturalization Certifications: | | Certificate #: | Naturalization Date: |
| Address at the time of Naturalization: | | Court and Location: | |

Form G-639 (Rev. 7-25-00)N

Adailton G. Soares

7. Verification of Subject's Identity: *(See Instructions for Explanation)* (Check One Box)

[x] In-Person with ID    [ ] Notarized Affidavit of Identity    [ ] Other *(Specify)*_____

Signature of Subject of Record: _____    Date: ____02/09/2005____

Telephone No.: ( 617 ) - 965-9900

NOTARY *(Normally needed from individuals who are the subject of the records sought) (See below)* or a sworn declaration under penalty of perjury.

Subscribed and sworn to before me this ____9th____ day of ____February____ in the Year ____2005____

Signature of Notary _____    My Commission Expires __8/16/07__

HOWARD SMITH
NOTARY PUBLIC

## OR

*If a declaration is provided in lieu of a notarized signature, it must state, at a minimum, the following: (Include Notary Seal or Stamp in this Space)*

If executed outside the United States: "I declare (certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature:_____

If executed within the United States, its territories, possessions, or commonwealths: "I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Signature:_____

Exhibit 3



U.S. Department of Homeland Security
Government Center
Boston, MA 02203

U.S. Citizenship
and Immigration
Services

February 14, 2005

BOS2005000516

Paul T Shane
ONE GATEWAY CENTER,
WASHINGTON STREET, SUITE 350
NEWTON, MA 02458-2802

Dear Paul T Shane:

We received your request for information relating to Soares, Adailton G on February 14, 2005.

Your request is being handled under the provisions of the Freedom of Information Act
(5 U.S.C. 552). It has been assigned the following control number: BOS2005000516. Please cite this
number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this
system we consider each request according to the complexity and volume so that requesters with a simple
and quick response do not wait for extended periods of time while we review complex voluminous
requests. Because of the nature of your request we have placed your request on the simple track.

If you have further questions, please address your inquiry to this office, Attention: FOIA/PA Officer.

Sincerely,

Karen-Anne Haydon
ADD/Examination

U.S. Department of Homeland Security
JFK Federal Bldg
Government Center
Boston, MA 02203



**U.S. Citizenship
and Immigration
Services**

March 23, 2005

BOS2005000516

Paul T. Shane, Esq.
One Gateway Center,
Washington Street, Suite 350
Newton, MA 02458-2802

Dear Attorney Shane:

This is in response to your Freedom of Information Act (FOIA) request received in this office February 14, 2005, regarding the subject: Soares, Adailton G.

We have completed the review of all documents responsive to your request and have identified 76 pages which are responsive to your request. Enclosed are 58 pages in their entirety. We are withholding 12 pages in full, exemptions cited; (b)(2) internal memoranda, 12 pages cited and (b)(7)(C) information in relation to third-party individual(s) and/or Investigator(s) of this Service, 12 pages cited

The information withheld is exempt from mandatory disclosure pursuant to the following provision(s) of Title 5 U.S.C. 552(b):

(b)(2)  Matters related solely to internal personnel rules and practices of an agency.

(b)(7)  Records or information compiled for law enforcement purposes to the extent that production of such records or information:

(b)(7)(C)  could reasonably be expected to constitute an unwarranted invasion of personal privacy

Additionally, 6 pages have been referred to Immigration and Customs Enforcement, Attn; Gloria Marshall, Information and Disclosure Division, Chester Arthur Building, 425 "I" Street, N.W., Washington, D.C., 20536 for their review and direct response to you.

In the event you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 111 Massachusetts Ave., NW, 2nd Floor, Washington, DC 20529, within 60 days of receipt of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

1

If you should have any additional questions about your request, please direct your inquiries to this office at the above address.

Sincerely,

Karen-Anne Haydon
ADD/Examination

Enclosure(s)
58 Pages cited

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

1

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                    PROBATE AND FAMILY COURT
ADAILTON SOARES,                                DOCKET NO. 02DR-0857-DV1
                         Plaintiff,              and
         vs.                                     DOCKET NO. 02DR-0857-AN1
KAREN L. BUCKLEY,
                         Defendant.              AFFIDAVIT OF ADAILTON SOARES

---

I, Adailton Soares, having been duly sworn, hereby attest and state as follows.

1. My name is Adailton Soares. I am the Defendant in the annulment action brought by my wife and the Plaintiff in my action for divorce.

2. The complaint for annulment has no merit. My wife and I intended to live together and enjoy a happy marital life at the time of our marriage.

3. I currently reside in the United States on a B2 Visitor Visa which I have overstayed.

4. My wife previously agreed to file and did, in fact, file papers with the United States Immigration and Naturalization Service to enable me to obtain my conditional residence in the United States based upon our marital relationship. She has since revoked her sponsorship and as a result, the United States Immigration Service has denied the marriage petition and has put me in removal proceedings intending to secure my deportation from the United States. A hearing on these removal proceedings is scheduled for September 5, 2002 at 9:30 am before the United States Immigration Court in Boston. (See Exhibit 1.) In the normal course of events a final removal hearing would take place three months later.

5. I currently intend to marry Brenda Miele as soon as possible. Ms. Miele and I have been living together since March of 2002.

6. I need to finish these proceedings and to obtain my divorce as soon as possible so that the nisi period will have expired allowing me to marry Ms. Miele prior to my deportation date.

7. I request that this Honorable Court order a divorce trial date forthwith.

Dated this 5th day of August, 2002.


                                         ADAILTON SOARES

-1-

4

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

# LSI LANGUAGE SCHOOL INTERNATIONAL, INC.

We hereby certify that this is a true and accurate translation, from Portuguese into English, of the following documents:

- TWO E-MAIL MESSAGES from ADAILTON, both dated January 16, 2002

*Nancy Missud*

Nancy Missud

Language School International, Inc.,

November 20, 2002

Every day that passes I love you much more, I am writing to you now to give you my new e-mail address, the serpent lady is writing books and articles for newspapers, the computer is very slow and she is always changing programs, and for the time being I'm not going to set up another new account with Juno to have my own address no [sic], you can write me whatever and whenever you want at this new address, which is: kbuckley8@juno.com.

My love, I cannot bear it until the papers go out, near this dead slug here, I am sick of this prison, she has a cat and she is meowing for the cat when she comes home and I just swore to her that I was going to kick them both out so they could meow in the yard. I hope that I can go there in June or maybe later, in July, and that I can get a visa for the two children and I will buy your visa, so you could come and I will not have to be near this slug, I knew I will lose my documents if I do this before having the permanent documents but it will be very difficult to stay far away from you and to wait until I am an American citizen. Please make a lot Daimoko for Gohonzon, give me strength to bear it all well for now. OK, my treasure, a heap of loving kisses for you and my little ones. With lots of love, from your beloved always. Adailton

8

```
To: jacksonjack6@aol.com
Date: Wed, 16 Jan 2002 19:37:24 -0500
Subject: Ola  amigo  Jackson
Message-ID: <20020116.193728.-23373.0.kbuckley8@juno.com>
X-Mailer: Juno 4.0.11
MIME-Version: 1.0
Content-Type: text/plain
Content-Transfer-Encoding: 7bit
Full-Name: karen L Buckley
X-Status: Sent
X-Juno-Line-Breaks: 6
X-Juno-Att: 0
X-Juno-Fcc: Sent Items
X-Juno-Size: 489
X-Juno-RefParts: 0
```

B o d y

 ÿ ÿÿÿÿÿÿ ÿÿÿÿÿ                                        éꟷ      1
                                                                     
     ꟷ            ^,añꟷÁ  ^,añꟷÁ            H e
a d e r                                                          
   ÿÿÿÿÿÿÿÿ                            )   ¶      B o d
y
 ÿÿÿÿÿÿÿ ÿÿÿÿÿ                                     Ca
da dia que passa eu te amo muito mais, agora eu estou
 lhe
escrevendo para te passar o novo endereco de email , a d
ona
cobra escreve livros e testos para jornais , o computador
 esta
muito lento e ela esta trocando senpre de programas, e po
r
enquanto eu nao vou criar outra conta nova na juno para
 ter
meu  prorpio endereco nao , voce pode me escrever o que
voce
quizer e quando quiser neste novo endereco e: kbuckley8@j
uno.com
 meu amor eu nao posso aguentar ate o papeis sairem per
to
desta lesma morta aqui , estou ficando com nojo da cara da
 dita
cuja , ela tem um gato e fica miando para o gato quando
 chega
em casa e eu ja prometi para ela que vou chutar o traz

9

eiro
dos dois para fora de casa para miar no quintal . Eu es
pero
que eu possa ir ai em junho ou talves mais tardar em j
ulho e
que eu consigua o visto para os dois meninos e comprare
i o
seu visto , assim voces poderao vir e eu nao terei que
 ficar
perto desta lesma , sei que perderei meus documentos se e
u fiser
 isto antes de ter os documentos permanentes mais sera mu
ito
dificil ficar distante de voce e esperar ate que eu sej
a
sidadao americano . por favor faca muito Daimoko para o Go
honzon
me dar forcar para eu suportar tudo numa boa agora ok
meu
tesouro, um monte de beijos carinhosos para voce e meus
baixinhos com muito amor , de seu sempre amado - Adailton
                                    From: karen L Buckley
<kbuckley8@juno.com>
To: iolecoelho@bol.com.br
Date: Wed, 16 Jan 2002 19:52:38 -0500
Subject: Pretinha meu doce amor
Message-ID: <20020116.195243.-23373.1.kbuckley8@juno.com>
X-Mailer: Juno 4.0.11
MIME-Version: 1.0
Content-Type: text/plain
Content-Transfer-Encoding: 7bit
Full-Name: karen L Buckley
X-Status: Sent
X-Juno-Line-Breaks: 21
X-Juno-Att: 0
X-Juno-Fcc: Sent Items
X-Juno-Size: 1556
X-Juno-RefParts: 0


        H e a d e r
         ⌐ ☐☐☐  ÿÿÿÿÿÿÿÿ                                    œ
¥☐    B o d y

 ☐ ÿÿÿÿÿÿÿÿÿÿÿ                                     š   y      8
                                                            ☐ ☐
☐ÿÿÿÿÿÿÿÿ☐              ŠÅO1¡Á☐ ŠÅO1¡Á☐            H e

You, my love, surprise me every day with your ability and intelligence, your love is very strong for me and I can feel it from here kilometers away, I know you are with me it's good together and it is for that reason that I have not left everything behind and taken off as the Americans are accustomed to saying, you are my driving force that is always encouraging me to stay determined, now yes I know our meeting is getting near, with about thirty days left, I believe that I will have my permit to work here and my temporary green card should go out shortly, also this is a great victory in our lives because I will be able to go there and come back, right from the time that I am legal here we are going to start to put the documents in motion for our children and you my delicious little "*Negress*", my love now is the time for you to start saving more to set aside the money for when it's time to travel. Thank you for your wonderful and encouraging letter that you sent me and try to stay so pretty and sweet for me, because we will be together soon with the forces of GOHOZON that are turning us into real lions, thank you for taking good care of our beautiful children, I know that my leaving has made you grow a lot as a mother and wife, before I felt that everything depended on my attention, perhaps because I was too careful, and you were calmer about the caretaking, you proved your ability and capacity as a woman, wife, a super mother and a lot more, my friends here who know my story with you are admirable of how much love you feel and they sometimes do not believe that you know everything, they think that I lie about my life here to you, they have never seen so much love and trust in a woman, you are simply so special. Thank you to GOHOZON, to YOU and to our dear CHILDREN whom I love a lot. Kisses, hugs and much love for all of you.

I love you,

Adailton

11

a d e r                                                     □ □□□
     ÿÿÿÿÿÿÿ                              À   ¶□      Voce m
eu amor me surpreende a cada dia com sua capacidade  e
inteligencia , seu amor e muito forte por mim e eu posso
   sentir
 daqui a quilometros de distancia , sei que esta comigo e
   bem
juntinho e por isso que ainda nao deixei tudo ir para o
   alto
como os americanos costumam dizer , voce e minha forca mo
tora
que sempre esta me encorajando a seguir firme , agora s
im sei
que esta ficando perto de nosso encontro, com mais uns t
rinta
dias eu acredito que terei minha permissao para trabalho
   aqui
e meu cartao verde provisorio deve sair em breve tambem
   isto
e uma grande vitoria em nossas vidas porque eu poderei
ir ai
e voltar , apartir do momento que estiver legal aqui vam
os
comecar  mover os documentos para as nossas criancas e v
oce
minha deliciosa pretinha , meu amor ja e tempo de voce
   comecar
 fazer uma economia maior para reservar dinheiro para o mo
mento
de viajar. Obrigado pela sua carta maravilhosa e encoraja
dora
que voce me mandou e trata de ficar bem bonita e gosto
sa para
 mim , porque estaremos juntos em breve com as forcas do
GOHOZON
que nos transforma em verdadeiros leoes, obrigado por cu
idar
bem dos nossos lindos filhos , sei que esta minha saida
   fez
voce crecer muito como mae e esposa , antes eu sentia qu
e tudo
dependia de minha atencao , talvez porque eu era cuidado
so
demais , e voce era mais tranquila com relacao a cuidados
   , voce
provou sua abilidade e capacidade de mulher , esposa , de
super
mae e muito mais , meus amigos aqui que sabem de minha h

12

istoria
com voce ficam admirados de tanto amor que voce sente e
eles
as vezes nem acreditam que voce sabe de tudo , eles pensa
m que
eu minto a respeito de minha vida aqui para voce , eles
nunca
viram tanto amor e confianca em uma mulher , somente voc
e e
tao especial , obrigado ao GOHOZON , a VOCE e aos nossos qu
eridos
FILHOS que amo muito - Beijos , abracos e muito carinho para
todos
. Eu te amo-
Adailton                                              From: kar
en L Buckley <kbuckley8@juno.com>
To: iolecoelho@bol.com.br
Date: Fri, 18 Jan 2002 11:20:58 -0500
Subject: Vencedora e muita amada
Message-ID: <20020118.112103.-22673.0.kbuckley8@juno.com>
X-Mailer: Juno 4.0.11
MIME-Version: 1.0
Content-Type: text/plain
Content-Transfer-Encoding: 7bit
Full-Name: karen L BucH e a d e r
                           □ □□%   ÿÿÿÿÿÿÿÿ
          □□  µ□      B o d y

 □ ÿÿÿÿÿÿÿÿÿÿÿÿ                              □□  □□      1
2                                                      □ □
□ÿÿÿÿÿÿÿÿÿ'                    @!XuG£Á□@!XuG£Á□           H e
a d e r                                             □ □□{
   ÿÿÿÿÿÿÿÿ                             $□  ¦□     B o d
y
 □ ÿÿÿÿÿ'ÿÿÿÿÿ                          a   #□      5
                                                       □ □
□□   □   □                   g□¬' Á□ g□¬' Á□            H e
a d e r                                             □ □□□
   ÿÿÿÿÿÿÿÿ                             ‡   Ð□     B o d
y
 □ ÿÿÿÿÿ'ÿÿÿÿÿ                          u   □□       B
o d y
 □ ÿÿÿÿÿ'ÿÿÿÿÿ                          £   @□       9
                                                       □ □
□□        □                  @½ª 4¡Á□@½ª 4¡Á□           H e
a d e r                                             □ □□□
   ÿÿÿÿÿÿÿ'ÿ                             ü   •□     B o d
y



## PC Security & Maintenance, Inc.

**Josh Wolfe**

Toll-free: 1-877-522-2522
NH Fax: 1-603-882-2977
MA Fax: 1-978-838-0482
E-mail: pcsmi@charter.net

*Insured & Bonded*

14

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

Filed 3/24/03

**Commonwealth of Massachuse...**
**The Trial Court**
**Probate and Family Court Department**

Woburn____ **Division**

Docket No. _88DR-0857-DV1._

Adalton Sonnes.
_____
**Plaintiff/Petitioner**

v.

Karen Bueler.
_____
**Defendant/Respondent**

**MOTION FOR**

Amendment Of Complaint

To Grands Of Irretrievable

Breakdown.

Now comes _Adalton Sonnes._ _____, the plaintiff/defendant/petitioner/respondent,
             (name of moving party)

in this action who moves this Honorable Court as follows: _To Amend Complaint For_

Divorce to Incorporate Grands Of Irretrievable Breakdown.

Exist That Warrant The Immediate Granting Of A

Judgment Of Divorce.

_____

_____

_____

_____

_____

_____

┌─────────────────────────────────┐
│ **NOTICE OF HEARING**             │
│                                   │
│ This Motion will be heard at the Probate & Family │
│                                   │
│ Court in _____ │
│              (city)               │
│ on _____ │
│         (month/day/year)          │
│ at _____ │
│          (time of hearing)        │
└─────────────────────────────────┘

_(signature)_

Thomas P. Gillins, 4Q.
_____
(PRINT name)

16 Main St, Suite 29
_____
(street address)

Woburn        MA        01610
_____   _____    _____
(city or town)  (state)   (zip code)

Date: _____   Tel. No. (916) 475-8846.

┌─────────────────────────────────┐
│ The within motion is hereby ALLOWED — ▮▮▮▮▮▮. │
│                                   │
│ _____   │
│                                   │
│ _____   │
│                                   │
│ 3-24-03                           │
│ _____   │
│ Date                              │
│                    _(signature)_  │
│          Justice of the Probate and Family Court │
└─────────────────────────────────┘

**INSTRUCTIONS**
1. Generally, refer to Mass.R.Civ.P./Mass.R.Dom.Rel.P. 6 and 7/ Probate Court Rules 6, 29, and 29B.
2. If the opposing party is represented by an attorney who has filed an appearance, service of this motion MUST be made on the attorney.
3. Certificate of Service on Reverse side must be completed.

CJ-D 400 (8/96)

n.u/a/03

17

**Commonwealth of Massachusetts**
**The Trial Court**
Probate and Family Court Department          Docket No. 02D003750

Division

## Judgment Of Divorce Nisi

_____Adailton Soares_____, Plaintiff

of ____Clinton_____ in the County of _____Worcester_____

v.

_____Karen L. Buckley_____, Defendant

of ___Lunenburg_____ in the County of _____Worcester_____

All persons interested having been notified in accordance with the law, and after hearing, it is adjudged nisi that a divorce from the bond of matrimony be granted the said plaintiff for the cause of _____

_____irretrievable breakdown_____

as provided by Chapter 208, sections 1, 2and that upon and after the expiration of ninety days from the entry of this judgment, it shall become and be absolute unless, upon the application of any person within such period, the Court shall otherwise order. It is further ordered that:

Date ___March 24, 2003___

**ABSOLUTE:** June 23, 2003
CJ-D 400 (2/90)

cp 4/9/03

Justice of Probate and Family Court
Joseph Lian, Jr.

18

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

Referred to:  Immigration and Customs Enforcement

Referred to: Immigration and Customs Enforcement

25

Referred to:  Immigration and Customs Enforcement

Referred to:  Immigration and Customs Enforcement

27

28

PAGE WITHHELD PURSUANT TO
(b)(2),(b)(7)(c)

N 39



**U.S. Department of Homeland Security**
JFK Federal Building – Room E-170
Boston, MA 02203

**U.S. Citizenship
and Immigration
Services**

Brenda Mie e Soares
12 Lakeside Avenue
Hudson, MA 01749

File Number: EAC-03-219-52241
A #79 674 417
Date: JAN 3 1 2005

Dear Ms. Soares:

This letter will serve as notice of this Service's intent to revoke the approval of the Petition for Alien Relative, Form I-130, which you filed on behalf of Adailton Gomes Soares, seeking to classify him as the spouse of a citizen of the United States under Section 201(b) of the Immigration and Nationality Act.

Section 201 of the Immigration and Nationality Act (the Act) provides:

(b) Aliens not subject to direct numerical limitations. Aliens described in this subsection, who are not subject to the worldwide levels or numerical limitations of subsection (a), are as follows:

(2)(A)(i) Immediate relatives. For purposes of this subsection, the term "immediate relatives" means the children, spouses, and parents of a citizen of the United States…

Section 204 of the Act provides:

(a) Petitioning procedure.

(1)(A)(i) Any citizen of the United States claiming that an alien is entitled to classification by reason of a relationship described in paragraph (1), (3), or (4) of section 203(a) or to an immediate relative status under section 201(b)(2)(A)(i) may file a petition with the Attorney General for such classification.

(c) Limitation on orphan petitions for a single petitioner; prohibition against approval in cases of marriages entered into in order to evade immigration with marriage fraud. Notwithstanding the provisions of subsection (b) no petition shall be approved if (1) the alien has previously been accorded, or has sought to be accorded, an immediate relative or preference status as the spouse of a citizen of the United States or the spouse of an alien lawfully admitted for permanent residence, by reason of a marriage determined by the Attorney General to have been entered into for the purpose of evading the immigration laws or (2) the Attorney General has determined that the alien has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws.

Title 8, Code of Federal Regulations, part 204.2 provides:
Petition for a spouse—

30

Eligibility. A United States citizen or alien admitted for lawful permanent residence may file a petition on behalf of a spouse.

   (ii) Fraudulent marriage prohibition. Section 204(c) of the Act prohibits the approval of a visa petition filed on behalf of an alien who has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws. The director will deny a petition for immigrant visa classification filed on behalf of any alien for whom there is substantial and probative evidence of such an attempt or conspiracy, regardless of whether that alien received a benefit through the attempt or conspiracy. Although it is not necessary that the alien have been convicted of, or even prosecuted for, the attempt or conspiracy, the evidence of the attempt or conspiracy must be contained in the alien's file.

Section 205 of the Act provides:

   The Attorney General may, at any time, for what he deems to be good and sufficient cause, revoke the approval of any petition approved by him under section 204. Such revocation shall be effective as of the date of approval of any such petition. In no case, however, shall such revocation have effect unless there is mailed to the petitioner's last known address a notice of revocation and unless notice of the revocation is communicated through the Secretary of State to the beneficiary of the petition before such beneficiary commences his journey to the United States. If notice of revocation is not so given, and the beneficiary applies for admission to the United States, his admissibility shall be determined in the manner provided for by sections 235 and 240 [1225 and 1229a].

Title 8, Code of Federal Regulations, part 205.2 provides:

   (a) General. Any Service officer authorized to approve a petition under section 204 of the Act may revoke the approval of that petition upon notice to the petitioner on any ground other than those specified in 205.1 when the necessity for the revocation comes to the attention of this Service.

   (b) Notice of intent. Revocation of the approval of a petition or self-petition under paragraph (a) of this section will be made only on notice to the petitioner or self-petitioner. The petitioner or self-petitioner must be given the opportunity to offer evidence in support of the petition or self-petition and in opposition to the grounds alleged for revocation of the approval.

   (c) Notification of revocation. If, upon reconsideration, the approval previously granted is revoked, the director shall provide the petitioner or the self-petitioner with a written notification of the decision that explains the specific reasons for the revocation. The director shall notify the consular officer having jurisdiction over the visa application, if applicable, of the revocation of an approval.

**The records of the Service reflect:**

On or about July 28, 2003 you filed an Immigrant Petition for Relative (form I-130) as a United States citizen on behalf of an alien spouse, the beneficiary, Adailton Gomes Soares, EAC-03-219-52241, A #79 674 417 pursuant to sections 201(b) and 204(a) of the Act. With a notice date of November 19, 2004, the Service approved your petition. However, according to an affidavit from the beneficiary's second wife, Karen Buckley, a United States citizen, Ms. Buckley married the beneficiary who represented himself as a United States citizen. Shortly after the marriage, Ms.

Buckley discovered that the beneficiary was an illegal alien whose divorce from his first wife, a Brazilian native, became absolute just six days before Ms. Buckley married the beneficiary. Ms. Buckley uncovered correspondence of affection to another woman, the current petitioner, just six weeks after his marriage to Ms. Buckley. In other correspondence, the beneficiary referred to his brief marriage with Ms. Buckley as life in a prison. The beneficiary expressed hope of getting his permanent residence so that he could get visas for his children and his first wife. The beneficiary offered compensation to Ms. Buckley for the sole purpose of completing the I-130 process so that he could move forward with the "green card" process. Ms. Buckley refused to agree to the beneficiary's wishes. Within the meaning of section 204(c) of the Act, such actions on the part of the beneficiary were a fraudulent attempt to engage in fraud to evade immigration law in order to obtain an immigration benefit within the meaning of section 204(c) of the Act.

An approval of a visa petition vests no rights in the beneficiary of the petition but is only a preliminary step in the visa or adjustment of status application process, and the beneficiary is not, by mere approval of the petition, entitled to an immigrant visa or adjustment of status. The realization by the district director that he made an error in judgment in initially approving a visa petition may, in and of itself, be good and sufficient cause for revoking the approval, provided in the district director's revised opinion is supported by the record. Doubt cast on any aspect of the petitioner's proof may lead to a reevaluation of the reliability and sufficiency of the remaining evidence offered in support of the visa petition. Matter of Ho, 19 I&N Dec. 582 (BIA 1988).

In accordance with Matter of To, 14 I&N Dec. 679 (BIA 1974), you are hereby afforded the opportunity to rebut the above-mentioned derogatory information and to submit any additional evidence in support of the visa petition. You have until MAR 0 1 2005 to submit such rebuttal or evidence. Failure to respond to this notice within the allotted time will result in the revocation of your visa petition for the reasons set forth.

Sincerely,

Denis C. Riordan
District Director

cc: Paul Shane, Esq.

32

# PAUL T. SHANE
## Attorney - At - Law

Suite 350
One Gateway Center
Washington Street
Newton, MA 02458-2802

Phone    (617)965-9900
Fax       (617)965-9697
Email: paultshane@aol.com

**Per UPS**

U.S. Citizenship & Immigration Services
U.S. Department of Homeland Security
JFK Federal Building
Room E-170
Boston
MA 02203

February 24, 2005

**Attention:** Mr. Denis C. Riordan

**Re: Alien Relative Petition (Form I-130)**
**Alien: Mr. Adailton Gomes Soares (A79 674 417)**
**File Number: EAC-03-219-52241**

This letter is submitted in response to the letter received from USCIS dated January 31, 2005 giving Notice of Intention to revoke the approval of the Petition for Alien Relative (Form I-130) on behalf of the alien, Mr. Adailton Gomes Soares. The alien is given until March 1, 2005 to respond.

The alien is unable to effectively respond to the allegations of marriage fraud as USCIS has failed to provide a copy of the affidavit of Ms. Karen Buckley, from which it quotes and on which it relies to discredit the alien and to formulate its conclusion that the alien engaged in fraud in an attempt to obtain an immigration benefit through his marriage to Ms. Buckley.

There is strong evidence to suggest that Ms. Buckley has not been truthful and honest in the affidavit. Most importantly, she apparently fails to disclose to Immigration that on January 10, 2003, the Probate and Family Court in Worcester, MA, after a full hearing and deposition under oath from Ms. Buckley, dismissed her complaint of her annulment of the marriage and granted the defendant (alien) a divorce stating "the plaintiff, Karen Buckley, offered no evidence in support of her allegation that the Defendant perpetrated a fraud by marrying her with the intent to secure his status in the United States" (See **Exhibit 1**). It is inconceivable that Ms. Buckley in making the allegations of fraud in the affidavit should fail to mention this finding to the Immigration service, since this goes to the very core of this case. In another highly material discrepancy between her affidavit and her deposition in the Probate Court proceedings, she never mentions a single word that the alien offered compensation to her for the sole purpose of completing the I-130 process, so that he could move forward with the green card process. The failure to mention this highly material issue came after numerous requests to Ms. Buckley in her deposition to explain her grounds for claiming marriage fraud.

33

The conclusion is inescapable. There are serious discrepancies between the allegations made in the affidavit to Immigration and her deposition in the trial court.

There are strong grounds to believe that a full review of the affidavit will reveal other material discrepancies, which will serve to seriously undermine the credibility of Ms. Buckley and to reveal her as an embittered ex-wife seeking vengeance against the alien because of their failed marriage.

On February 9, 2005, the writer delivered a Freedom of Information/Privacy Act Request (FOIA) to USCIS in Boston, MA (see **Exhibit 2**), which was receipted on February 14, 2005, under the following control number: BOS2005000516 (see **Exhibit 3**). The purpose of this FOIA was to obtain a copy of the affidavit of Ms. Buckley and its attachments, to enable the alien to effectively respond to the allegations of marriage fraud. The FOIA request provided clear grounds for the expedited processing of the FOIA request. Given the urgency of the matter and the need to respond by March 1, 2005, the writer spoke to several parties to facilitate a quick response. On Friday, February 18, 2005, the writer spoke personally with Ms. Joanne Sassone who told the writer that the affidavit would not be provided by USCIS on the grounds of privilege. As yet a formal response in writing to the FOIA request has not yet been forthcoming.

It is inconceivable that the affidavit can be withheld on the basis of privilege. In quoting extensively from the affidavit, USCIS has waived any privilege. Furthermore, the interests of justice and full disclosure in the circumstances of this case dictate that the affidavit should be provided.

It is the intention of the writer to appeal the denial and seek injunctive relief in the District Court compelling USCIS to provide the affidavit.

The purpose of this letter is two fold: 1.) to request USCIS to reconsider its decision to deny the FOIA request by providing a copy of the affidavit to facilitate a proper rebuttal for the alien; and 2.) to facilitate the FOIA appeals process or court action in a timely way to secure discovery of the affidavit. Under these later circumstances and given the material discrepancies of Ms. Buckley, it is impossible for the alien to respond to the intended revocation by March 1, 2005, and additional reasonable time is required to do so. Please, therefore, provide a suitable period of time for the purposes of responding.

It would be extremely prejudicial to the alien to attempt to respond to the allegations without knowing the full contents of her testimony in her affidavit. The stakes for the alien are very high. If his I-130 is revoked, he will be ineligible to adjust through his present good-faith marriage, and he will be deported.

I briefly had the opportunity to discuss with Mr. Ray Sleeper the refusal to provide the affidavit and he appeared sympathetic to my cause to need more time to resolve this issue. For this reason, I am copying this letter for his attention as requested by him.

Your urgent attention to this matter is kindly requested.

Yours truly,

Paul Shane

Cc: Mr. Ray Sleeper

34

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
PROBATE AND FAMILY COURT DEPARTMENT

Worcester Division, ss                                Docket No. 02 D 0857


| | |
|---|---|
| KAREN BUCKLEY,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| ADAILTON SOARES,<br>Defendant | )<br>)<br>) |

### ORDER
## on DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
### Filed October 31, 2002

This matter came before the Court (Roach, J.) on November 14, 2002, on the Defendant's Motion for Summary Judgment to dismiss the Plaintiff's Complaint for Annulment. The Plaintiff, Karen Buckley, offered no evidence in support of her allegation that the Defendant perpetrated a fraud by marrying her with the intent to secure his status in the United States. After hearing and full consideration of the pleadings, deposition testimony, and affidavits, it is hereby **ADJUDGED** and **ORDERED** that:

1.    Defendant's Motion for Summary Judgment is **GRANTED**, as there is no dispute of any issues of material fact and Defendant is entitled to judgment as a matter of law.

2.    The Plaintiff's Complaint for Annulment shall be **DISMISSED WITH PREJUDICE**.


_January 10, 2003_
Date

Gregory V. Roach, Justice
Worcester Probate and Family Court


A TRUE COPY:
ATTEST:

REGISTER

B13

O 11303

**35**

# PAUL T. SHANE
## Attorney - At - Law

Suite 35C
One Gateway Center
Washington Street
Newton, MA 02458-2802

Phone    (617)965-9900
Fax      (617)965-9697
Email: paultshane@aol.com

US Citizenship & Immigration Services
JFK Federal Building
Government Center
Boston
MA 02203

February 9, 2005

<u>Re: Alien: Adailton Gomes Soares</u>
<u>Alien Number: 79-674-417</u>
<u>Freedom of Information Request and request under the Privacy Act</u>

I am the attorney of record representing Mr. Adailton G. Soares and am submitting a **FOIA Request** at his instance. My Appearance to Defend is on file with Immigration. This is a request to provide copies of records as well as in-person inspection of documents.

**This is a request for expedited processing based on a compelling need:**

1. USCIS is seeking to revoke the Alien's approved I-130 Petition for Alien Relative under case number          EAC-03-219-52241 (Petitioner is his present wife, Brenda Miele Soares) **(Exhibit 1)** and has given the Alien until March 1, 2005 to respond **(Exhibit 2)**. In the absence of an approved I-130 Petition, the Alien, who is in removal proceedings **(Exhibit 3)**, has no defense to his removal and will be deported from the US, resulting in separation from his wife.

2. In seeking to revoke the I-130 petition, Immigration relies exclusively on an Affidavit of Karen Louise Buckley, the alien's former wife **(Exhibit 2)**, concluding from this affidavit that the first marriage between the Alien and Buckley was fraudulent on the Alien's part. Immigration then seeks to invoke the provisions of section 204 (C) of INA to deny the Alien the ability to adjust status through a Marriage Petition by his present wife, Brenda Soares, under the approved I-130 Petition.

3. On December 10, 2002, when the Alien was placed in removal proceedings (with the knowledge that Karen Buckley had withdrawn her support for their prior marriage petition filed by her), I requested from the Trial Attorney all documents relating to Karen Buckley's withdrawing her support for the marriage petition, under the Pilot Disclosure Program (a form of Freedom of Information Request) intended for expeditious discovery in removal proceedings **(Exhibit 4)**. The Trial Attorney responded on May 6, 2003 **(Exhibit 5)**, but provided only those documents relating to Karen Buckley's marriage petition and the alien's adjustment application, but omitted (despite a specific request therefore) to provide the affidavit of Karen Buckley or any other documents she

36

had provided to revoke the petition). On the face of things, it would appear as if the decision to withhold the documentation was deliberate and no explanation was offered for withholding highly relevant and pertinent documentation provided by Karen Buckley to Immigration, and which was not privileged to Immigration. In the absence of anything further, there appears to be a serious wrongdoing in this action on the part of the Immigration Service. Now, in order to protect the integrity of Immigration as a service that is open and is not intent on secreting information, this documentation must be produced urgently.

4. The Alien now faces having to respond to allegations that are hearsay in a letter of intent to revoke by Immigration (**Exhibit 2)**, and the alien has not had the benefit of reviewing the full affidavit of Karen Buckley and supporting documents in their entirety. The allegations of fraud are far-reaching in their consequences, and the circumstances demand immediate access and review of all original documentation, which may serve to exculpate the Alien.

5. I will be leaving for South Africa on Thursday, February 24, 2005 for 10 days. I need to prepare a response to the notice of intention to revoke the approved I-130 petition before I leave, and therefore urgently require to see the affidavit of Karen Buckley and the supporting documents referred to by Immigration in forming its opinion to revoke.

Yours truly,

Paul Shane

**37**

U.S. Department of Justice

Immigration and Naturalization Service

OMB NO. 1115-0087

**Freedom of Information/Privacy Act Request**

The completion of this form is optional.
Any written format for Freedom of Information or Privacy Act requests is acceptable.

**START HERE** - Please type or print and read instructions on the reverse before completing this form.

1. Type of Request: *(Check appropriate box)*
   - ☒ Freedom of Information Act (FOIA) *(Complete all items except 7)*
   - ☒ Privacy Act (PA) *(Item 7 must be completed in addition to all other applicable items)*
   - ☐ Amendment *(PA only, Item 7 must be completed in addition to all other applicable items)*

2. Requester Information:

| Name of Requester:<br>Paul T. Shane | | Daytime Telephone:<br>1-617-965-9900 |
|---|---|---|
| Address *(Street Number and Name)*:<br>One Gateway Center, Washington St. | | Apt. No<br>Ste. 350 |
| City:<br>Newton | State:<br>MA | Zip Code:<br>02458-2802 |

*By my signature, I consent to the following:*

Pay all costs incurred for search, duplication, and review of materials up to $25.00, when applicable. *(See Instructions)*

*Signature of requester:*

☐ Deceased Subject - Proof of death must be attached. *(Obituary, Death Certificate or other proof of death required)*

3. Consent to Release Information. *(Complete if name is different from Requester) (Item 7 must be completed)*

| Print Name of Person Giving Consent:<br>Adailton Gomes Soares | Signature of Person Giving Consent: |
|---|---|

*By my signature, I consent to the following: (check applicable boxes)*

☒ Allow the Requester named in item 2 to see  ☒ all of my records or  ☐ a portion of my record. If a portion, specify what part *(i.e. copy of application)*

*(Consent is required for records for United States Citizens (USC and Lawful Permanent Residents (LPR)*

4. Action Requested *(Check One)*:  ☒ Copy  ☒ In-Person Review

5. Information needed to search for records:

Specific information, document(s), or record(s) desired: *(Identify by name, date, subject matter, and location of information)*
Affidavit of Karen Louise Buckley, with all attachments, used by USCIS to make its 204 (C) determination of a fraudulent marriage, and any other statements or documents provided by her, and used to discredit Mr. Adailton Gomes Soares' credibility, leading to the decision to revoke the approved I-130 Marriage Petition under EAC-03-219-52241.

Purpose: *(Optional: you are not required to state the purpose for your request; however, doing so may assist the INS in locating the records needed to respond to your request.)*
To respond adequately to the intended I-130 Marriage Petition Revocation on grounds a fraudulent marriage under Section 204(C) of INA approved under EAC-03-219-52241.

6. Data NEEDED on SUBJECT of Record: *(If data marked with asterisk (*) is not provided records may not be located)*

| *Family Name<br>Soares | Given Name:<br>Adailton | | Middle Initial:<br>G. |
|---|---|---|---|
| *Other names used, if any:<br>Soares, Adailton | * Name at time of entry into the U.S.:<br>03/28/1999 | | I-94 Admissions #:<br>67307401406 |
| * Alien Registration #:<br>79 674 417 | * Petition or Claim Receipt #:<br>EAC-03-219-52241 | * Country Birth:<br>Brazil | *Date of Birth or Appx. Year<br>06/28/1961 |
| Names of other family members that may appear on requested record(s) *(i.e., Spouse, Daughter, Son)*:<br>Karen Louise Buckley - spouse (Petitioner) | | | |
| Country of Origin *(Place of Departure)*:<br>US | Port-of-Entry into the U.S.<br>Newark, New Jersey | | Date of Entry:<br>03/28/1999 |
| Manner of Entry: *(Air, Sea, Land)*<br>Air | Mode of Travel: *(Name of Carrier)* | | SSN:<br>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 |
| Name of Naturalization Certifications: | | Certificate #: | Naturalization Date: |
| Address at the time of Naturalization: | | Court and Location: | |

Form G-639 (Rev. 7-25-00)N

Adailton G. Soares

38

7. Verification of Subject's Identity: *(See Instructions for Explanation) (Check One Box)*

[X] In-Person with ID    [ ] Notarized Affidavit of Identity    [ ] Other *(Specify)*_____

Signature of Subject of Record:    Date: _____02/09/2005_____

Telephone No.: ( 617 ) - 965-9900

NOTARY *(Normally needed from individuals who are the subject of the records sought) (See below)*
or a sworn declaration under penalty of perjury.

Subscribed and sworn to before me this ___9th___ day of ___February___ in the Year ___2005___

Signature of Notary _____    My Commission Expires ___8/16/07___

HOWARD SMITH
NOTARY PUBLIC

**OR**

*If a declaration is provided in lieu of a notarized signature, it must state, at a minimum, the following: (Include Notary Seal or Stamp in this Space)*

If executed outside the United States: "I declare (certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature:_____

If executed within the United States, its territories, possessions, or commonwealths: "I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Signature:_____



U.S. Department of Homeland Security
JFK Federal Building – Room E-170
Boston, MA 02203

U.S. Citizenship
and Immigration
Services

Brenda Miele Soares
12 Lakeside Avenue
Hudson, MA 01749

File Number: EAC-03-219-52241
A #79 674 417
Date: JAN 3 1 2005

Dear Ms. Soares:

This letter will serve as notice of this Service's intent to revoke the approval of the Petition for Alien Relative, Form I-130, which you filed on behalf of Adailton Gomes Soares, seeking to classify him as the spouse of a citizen of the United States under Section 201(b) of the Immigration and Nationality Act.

Section 201 of the Immigration and Nationality Act (the Act) provides:

(b) Aliens not subject to direct numerical limitations. Aliens described in this subsection, who are not subject to the worldwide levels or numerical limitations of subsection (a), are as follows:

(2)(A)(i) Immediate relatives. For purposes of this subsection, the term "immediate relatives" means the children, spouses, and parents of a citizen of the United States...

Section 204 of the Act provides:

(a) Petitioning procedure.

(1)(A)(i) Any citizen of the United States claiming that an alien is entitled to classification by reason of a relationship described in paragraph (1), (3), or (4) of section 203(a) or to an immediate relative status under section 201(b)(2)(A)(i) may file a petition with the Attorney General for such classification.

(c) Limitation on orphan petitions for a single petitioner; prohibition against approval in cases of marriages entered into in order to evade immigration with marriage fraud. Notwithstanding the provisions of subsection (b) no petition shall be approved if (1) the alien has previously been accorded, or has sought to be accorded, an immediate relative or preference status as the spouse of a citizen of the United States or the spouse of an alien lawfully admitted for permanent residence, by reason of a marriage determined by the Attorney General to have been entered into for the purpose of evading the immigration laws or (2) the Attorney General has determined that the alien has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws.

Title 8, Code of Federal Regulations, part 204.2 provides:
Petition for a spouse—

40

Eligibility. A United States citizen or alien admitted for lawful permanent residence may file a petition on behalf of a spouse.

> (ii) Fraudulent marriage prohibition. Section 204(c) of the Act prohibits the approval of a visa petition filed on behalf of an alien who has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws. The director will deny a petition for immigrant visa classification filed on behalf of any alien for whom there is substantial and probative evidence of such an attempt or conspiracy, regardless of whether that alien received a benefit through the attempt or conspiracy. Although it is not necessary that the alien have been convicted of, or even prosecuted for, the attempt or conspiracy, the evidence of the attempt or conspiracy must be contained in the alien's file.

Section 205 of the Act provides:

> The Attorney General may, at any time, for what he deems to be good and sufficient cause, revoke the approval of any petition approved by him under section 204. Such revocation shall be effective as of the date of approval of any such petition. In no case, however, shall such revocation have effect unless there is mailed to the petitioner's last known address a notice of revocation and unless notice of the revocation is communicated through the Secretary of State to the beneficiary of the petition before such beneficiary commences his journey to the United States. If notice of revocation is not so given, and the beneficiary applies for admission to the United States, his admissibility shall be determined in the manner provided for by sections 235 and 240 [1225 and 1229a].

Title 8, Code of Federal Regulations, part 205.2 provides:

> (a) General. Any Service officer authorized to approve a petition under section 204 of the Act may revoke the approval of that petition upon notice to the petitioner on any ground other than those specified in 205.1 when the necessity for the revocation comes to the attention of this Service.

> (b) Notice of intent. Revocation of the approval of a petition or self-petition under paragraph (a) of this section will be made only on notice to the petitioner or self-petitioner. The petitioner or self-petitioner must be given the opportunity to offer evidence in support of the petition or self-petition and in opposition to the grounds alleged for revocation of the approval.

> (c) Notification of revocation. If, upon reconsideration, the approval previously granted is revoked, the director shall provide the petitioner or the self-petitioner with a written notification of the decision that explains the specific reasons for the revocation. The director shall notify the consular officer having jurisdiction over the visa application, if applicable, of the revocation of an approval.

## The records of the Service reflect:

On or about July 28, 2003 you filed an Immigrant Petition for Relative (form I-130) as a United States citizen on behalf of an alien spouse, the beneficiary, Adailton Gomes Soares, EAC-03-219-52241, A #79 674 417 pursuant to sections 201(b) and 204(a) of the Act. With a notice of November 19, 2004, the Service approved your petition. However, according to an affidavit from the beneficiary's second wife, Karen Buckley, a United States citizen, Ms. Buckley married the beneficiary who represented himself as a United States citizen. Shortly after the marriage, Ms.

41

Buckley discovered that the beneficiary was an illegal alien whose divorce from his first wife, a Brazilian native, became absolute just six days before Ms. Buckley married the beneficiary. Ms. Buckley uncovered correspondence of affection to another woman, the current petitioner, just six weeks after his marriage to Ms. Buckley. In other correspondence, the beneficiary referred to his brief marriage with Ms. Buckley as life in a prison. The beneficiary expressed hope of getting his permanent residence so that he could get visas for his children and his first wife. The beneficiary offered compensation to Ms. Buckley for the sole purpose of completing the I-130 process so that he could move forward with the "green card" process. Ms. Buckley refused to agree to the beneficiary's wishes. Within the meaning of section 204(c) of the Act, such actions on the part of the beneficiary were a fraudulent attempt to engage in fraud to evade immigration law in order to obtain an immigration benefit within the meaning of section 204(c) of the Act.

An approval of a visa petition vests no rights in the beneficiary of the petition but is only a preliminary step in the visa or adjustment of status application process, and the beneficiary is not, by mere approval of the petition, entitled to an immigrant visa or adjustment of status. The realization by the district director that he made an error in judgment in initially approving a visa petition may, in and of itself, be good and sufficient cause for revoking the approval, provided in the district director's revised opinion is supported by the record. Doubt cast on any aspect of the petitioner's proof may lead to a reevaluation of the reliability and sufficiency of the remaining evidence offered in support of the visa petition. Matter of Ho, 19 I&N Dec. 582 (BIA 1988).

In accordance with Matter of To, 14 I&N Dec. 679 (BIA 1974), you are hereby afforded the opportunity to rebut the above-mentioned derogatory information and to submit any additional evidence in support of the visa petition. You have until MAR 0 1 2005 to submit such rebuttal or evidence. Failure to respond to this notice within the allotted time will result in the revocation of your visa petition for the reasons set forth.

Sincerely,

Denis C. Riordan

Denis C. Riordan
District Director

cc: Paul Shane, Esq.

42

# PAUL T. SHANE
## Attorney - At - Law

Suite 350
One Gateway Center
Washington Street
Newton, MA 02458-2802

Phone    (617)965-9900
Fax        (617)965-9697
Email: paultshane@aol.com

**Per UPS**

U.S. Citizenship & Immigration Services
U.S. Department of Homeland Security
JFK Federal Building
Room E-170
Boston
MA 02203

February 24, 2005

**Attention:** Mr. Denis C. Riordan

**Re: Alien Relative Petition (Form I-130)**
**Alien: Mr. Adailton Gomes Soares (A79 674 417)**
**File Number: EAC-03-219-52241**

This letter is submitted in response to the letter received from USCIS dated January 31, 2005 giving Notice of Intention to revoke the approval of the Petition for Alien Relative (Form I-130) on behalf of the alien, Mr. Adailton Gomes Soares. The alien is given until March 1, 2005 to respond.

The alien is unable to effectively respond to the allegations of marriage fraud as USCIS has failed to provide a copy of the affidavit of Ms. Karen Buckley, from which it quotes and on which it relies to discredit the alien and to formulate its conclusion that the alien engaged in fraud in an attempt to obtain an immigration benefit through his marriage to Ms. Buckley.

There is strong evidence to suggest that Ms. Buckley has not been truthful and honest in the affidavit. Most importantly, she apparently fails to disclose to Immigration that on January 10, 2003, the Probate and Family Court in Worcester, MA, after a full hearing and deposition under oath from Ms. Buckley, dismissed her complaint of her annulment of the marriage and granted the defendant (alien) a divorce stating "the plaintiff, Karen Buckley, offered no evidence in support of her allegation that the Defendant perpetrated a fraud by marrying her with the intent to secure his status in the United States" (See **Exhibit 1**). It is inconceivable that Ms. Buckley in making the allegations of fraud in the affidavit should fail to mention this finding to the Immigration service, since this goes to the very core of this case. In another highly material discrepancy between her affidavit and her deposition in the Probate Court proceedings, she never mentions a single word that the alien offered compensation to her for the sole purpose of completing the I-130 process, so that he could move forward with the green card process. The failure to mention this highly material issue came after numerous requests to Ms. Buckley in her deposition to explain her grounds for claiming marriage fraud.

43

The conclusion is in escapable. There are serious discrepancies between the allegations made in the affidavit to Immigration and her deposition in the trial court.

There are strong grounds to believe that a full review of the affidavit will reveal other material discrepancies, which will serve to seriously undermine the credibility of Ms. Buckley and to reveal her as an embittered ex-wife seeking vengeance against the alien because of their failed marriage.

On February 9, 2005, the writer delivered a Freedom of Information/Privacy Act Request (FOIA) to USCIS in Boston, MA (see **Exhibit 2**), which was receipted on February 14, 2005, under the following control number: BOS2005000516 (see **Exhibit 3**). The purpose of this FOIA was to obtain a copy of the affidavit of Ms. Buckley and its attachments, to enable the alien to effectively respond to the allegations of marriage fraud. The FOIA request provided clear grounds for the expedited processing of the FOIA request. Given the urgency of the matter and the need to respond by March 1, 2005, the writer spoke to several parties to facilitate a quick response. On Friday, February 18, 2005, the writer spoke personally with Ms. Joanne Sassone who told the writer that the affidavit would not be provided by USCIS on the grounds of privilege. As yet a formal response in writing to the FOIA request has not yet been forthcoming.

It is inconceivable that the affidavit can be withheld on the basis of privilege. In quoting extensively from the affidavit, USCIS has waived any privilege. Furthermore, the interests of justice and full disclosure in the circumstances of this case dictate that the affidavit should be provided.

It is the intention of the writer to appeal the denial and seek injunctive relief in the District Court compelling USCIS to provide the affidavit.

The purpose of this letter is two fold: 1.) to request USCIS to reconsider its decision to deny the FOIA request by providing a copy of the affidavit to facilitate a proper rebuttal for the alien; and 2.) to facilitate the FOIA appeals process or court action in a timely way to secure discovery of the affidavit. Under these later circumstances and given the material discrepancies of Ms. Buckley, it is impossible for the alien to respond to the intended revocation by March 1, 2005, and additional reasonable time is required to do so. Please, therefore, provide a suitable period of time for the purposes of responding.

It would be extremely prejudicial to the alien to attempt to respond to the allegations without knowing the full contents of her testimony in her affidavit. The stakes for the alien are very high. If his I-130 is revoked, he will be ineligible to adjust through his present good-faith marriage, and he will be deported.

I briefly had the opportunity to discuss with Mr. Ray Sleeper the refusal to provide the affidavit and he appeared sympathetic to my cause to need more time to resolve this issue. For this reason, I am copying this letter for his attention as requested by him.

Your urgent attention to this matter is kindly requested.

Yours truly,

Paul Shane

Cc: Mr. Ray Sleeper

44

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
PROBATE AND FAMILY COURT DEPARTMENT

Worcester Division, ss

Docket No. 02 D 0857

)
KAREN BUCKLEY,                )
Plaintiff                     )
                              )
v.                            )
                              )
ADAILTON SOARES,              )
Defendant                     )
                              )

## ORDER
### on DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
### Filed October 31, 2002

This matter came before the Court (Roach, J.) on November 14, 2002, on the Defendant's Motion for Summary Judgment to dismiss the Plaintiff's Complaint for Annulment. The Plaintiff, Karen Buckley, offered no evidence in support of her allegation that the Defendant perpetrated a fraud by marrying her with the intent to secure his status in the United States. After hearing and full consideration of the pleadings, deposition testimony, and affidavits, it is hereby **ADJUDGED** and **ORDERED** that:

1.   Defendant's Motion for Summary Judgment is **GRANTED**, as there is no dispute of any issues of material fact and Defendant is entitled to judgment as a matter of law.

2.   The Plaintiff's Complaint for Annulment shall be **DISMISSED WITH PREJUDICE**.

_January 10, 2003_
Date

Gregory V. Roach, Justice
Worcester Probate and Family Court

A TRUE COPY:
ATTEST:

REGISTER

B13
0 11303

**45**

U.S. ...rtment of Homeland Security
JFK ... ...ral Building – Room E-170
Boston, MA 02203



U.S. Citizenship
and Immigration
Services

## NOTICE OF APPROVAL OF RELATIVE IMMIGRANT VISA PETITION

NAME AND ADDRESS OF PETITIONER:

**Brenda Miele Soares**
**12 Lakeside Avenue**
**Hudson, MA 01749**

NAME OF BENEFICIARY: Adailton Gomes Soares

CLASSIFICATION: I-130 approved for consideration of future CR1/IR1 eligibility

FILE NO: EAC-03-219-52241
            A #79 674 417

DATE PETITION FILED: 07/28/2003

DATE PETITION APPROVED: November 19, 2004

The visa petition you filed has been approved. The beneficiary for whom you filed has been given the appropriate classification. Note the approval gives no assurance that the beneficiary will automatically be found eligible for visa issuance, admission to the United States or adjustment to lawful permanent resident status. Whether the beneficiary gets a visa is decided only when an application is made to a consular officer; whether the beneficiary is admitted or adjusts status in the United States is decided only when an application is made to an immigration officer.

☐ 1.    YOUR PETITION TO CLASSIFY THE BENEFICIARY AS AN IMMEDIATE RELATIVE OF A UNITED STATES CITIZEN HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT VISA SERVICE CENTER, PORTSMOUTH, NH. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THE UNITED STATES CONSULATE THAT IS PART OF THE DEPARTMENT OF STATE WILL CONTACT THE BENEFICIARY AND GIVE INSTRUCTIONS ABOUT GETTING A VISA. QUESTIONS ABOUT GETTING A VISA SHOULD BE MADE TO THE UNITED STATES CONSUL.

☐ 2.    IF YOU BECOME A NATURALIZED CITIZEN OF THE UNITED STATES AND AN IMMIGRANT VISA HAS NOT YET BEEN ISSUED TO THE BENEFICIARY, NOTIFY THIS OFFICE IMMEDIATELY GIVING THE DATE OF YOUR NATURALIZATION. IF THE PETITION WAS IN BEHALF OF YOUR SON OR DAUGHTER, PLEASE ADVISE WHETHER THAT PERSON IS STILL UNMARRIED. THIS INFORMATION MAY BE HELPFUL TO THE BENEFICIARY IN GETTING A VISA FASTER.

☐ 3.    YOUR PETITION FOR PREFERENCE CLASSIFICATION HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT_____. THIS COMPLETES ALL ACTION BY THE SERVICE. THIS SERVICE DOES NOT ISSUE VISAS IN OTHER COUNTRIES. VISAS ARE ISSUED ONLY BY UNITED STATES CONSULS WHO ARE EMPLOYEES OF THE UNITED STATES DEPARTMENT OF STATE. WHEN THE BENEFICIARY'S TURN IS REACHED ON THE VISA WAITING LIST, THE UNITED STATES CONSUL WILL CONTACT THE BENEFICIARY AND GIVE INSTRUCTIONS ABOUT GETTING A VISA. VISAS ARE ISSUED ACCORDING TO THE DATE THE PETITION WAS FILED. QUESTIONS ABOUT GETTING A VISA SHOULD BE ADDRESSED TO THE UNITED STATES CONSUL.

☐ 4.    YOUR PETITION SAYS THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. THE ENCLOSED APPLICATION, (FORM I-485), SHOULD BE COMPLETED AND SUBMITTED BY THE BENEFICIARY WITHIN 30 DAYS. (IF THE BENEFICIARY PREVIOUSLY SUBMITTED SUCH AN APPLICATION AND HAD IT RETURNED, IT SHOULD BE RESUBMITTED WITHIN 30 DAYS.)

☐ 5.    THE BENEFICIARY WILL BE INFORMED OF THE DECISION MADE ON THE PENDING APPLICATION TO BECOME A LAWFUL PERMANENT RESIDENT.

☐ 6.    THE PETITION SAYS THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. THE BENEFICIARY MAY NOT APPLY TO BECOME A PERMANENT RESIDENT, HOWEVER, UNTIL A VISA NUMBER IS AVAILABLE. INFORMATION ABOUT VISA NUMBERS MAY BE OBTAINED FROM THE UNITED STATES DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS, WASHINGTON, D.C.

☐ 7.    ORIGINAL DOCUMENTS SUBMITTED IN SUPPORT OF YOUR PETITION UNACCOMPANIED BY COPIES HAVE BEEN MADE A PERMANENT PART OF THE PETITION. ANY OTHERS ARE BEING RETURNED WITH THIS FORM.

■ 8.    REMARKS: The I-130 file has been forwarded to CIS Litigation Unit, TAU, JFK Federal Building, Government Center, Boston, MA 02203.

VERY TRULY YOURS,

*Denis C. Riordan*

DENIS C. RIORDAN
DISTRICT DIRECTOR    ( )

cc: Paul Shane, Esq.
FORM I-171 (REV 3/4/82)

Tok r .i 11/18/04

**46**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2 (b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: Petition for Alien Relative | |
|---|---|
| Petitioner: Brenda Miele Soares | Date: 07/18/2003 |
| Alien: Adailton Gomes Soares | File No. - |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:
Brenda Miele Soares            [X] Petitioner        [ ] Applicant
                               [ ] Beneficiary

Address: (Apt. No.)    (Number & Street)        (City)            (State)        (Zip Code)
12 Lakeside Avenue        Hudson        MA        01749

Name:                          [ ] Petitioner        [ ] Applicant
                               [ ] Beneficiary

Address: (Apt. No.)    (Number & Street)        (City)            (State)        (Zip Code)
-                                              -            -            -

*Check Applicable Item(s) below:*

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
Massachusetts, Supreme Judicial Court  and am not under a court or administrative agency
                    Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

[ ] 4. Others (Explain Fully.)

SIGNATURE

COMPLETE ADDRESS
Paul T. Shane
Suite 350, One Gateway Center, Washington Street
Newton, MA 02458-2802

NAME (Type or Print)
Paul T. Shane

TELEPHONE NUMBER
(617) 965-9900

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.*

Paul T. Shane
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Petition for Alien Relative
Petitioner: Brenda Miele Soares
Alien: Adailton Gomes Soares

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Brenda Miele Soares | Brenda Miele Soares | 07/18/2003 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

47

# PAUL T. SHANE
## Attorney - At - Law

CERTIFIED MAIL

Bureau of Citizenship & Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans
VT 05479-0001

Suite 350
One Gateway Center
Washington Street
Newton, MA 02458-2802

Phone    (617)965-9900
Fax       (617)965-9697
Email: paultshane@aol.com

July 8, 2003

Re: Petition for Alien Relative
Petitioner: Brenda Miele Soares
Alien: Adailton Gomes Soares

I am enclosing the following documents in support of the abovementioned Alien Relative petition:

1. Cover letter;
2. G-28 – Powers of Attorney by Petitioner and Alien;
3. I-130 – Alien Relative Petition;
4. G-325 – Biographic Information Sheets of Petitioner;
5. G-325 – Biographic Information Sheets of Alien;
6. Copy of Alien's full Birth Certificate with English translation;
7. Copy of Alien's Marriage Certificate to Petitioner;
8. Copy of Alien's Previous Marriage Certificate;
9. Copy of Alien's Previous Divorce Certificate;
10. Copy of Alien's Previous Marriage Certificate;
11. Copy of Alien's Previous Divorce Certificate;
12. Copy of Petitioner's Birth Certificate;
13. Photographs of Petitioner and Alien;
14. Check for filing fees of $130.00 (I-130 - $130.00).

Please endeavor to process this Petition <u>urgently</u> as the Alien is in removal proceedings and the court requires approval to be able to adjust status at his hearing.

It is hereby certified that all copies are true copies of the originals seen by me and I will make available such original documents on demand from Immigration.

Yours truly,

Paul Shane

48

OMB #1115-0054

U.S. Department of Justice
Immigration and Naturalization Service

**Petition for Alien Relative**

## DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY

A# 79 67 44 17

Action Stamp

APPROVED
INS DISTRICT DIRECTOR
11/19/04
NOV 1 9 2004
Recommended
BOS 9704

Fee

EAC-03-219-52241  EACTAM01
07/28/2003
7-24-03                    (priority date)

Petition was filed on:
- [ ] Personal Interview
- [ ] Pet.  [ ] Ben. "A" File Reviewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved

- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(g) Resolved
- [ ] 203(g) Resolved

Section of Law/Visa Category
- [X] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Remarks:

### A. Relationship    You are the petitioner; your relative is the beneficiary.

**1. I am filing this petition for my:**
- [X] Husband/Wife
- [ ] Parent
- [ ] Brother/Sister
- [ ] Child

**2. Are you related by adoption?**
- [ ] Yes  [ ] No

**3. Did you gain permanent residence through adoption?**
- [ ] Yes  [X] No

### B. Information about you

**1. Name (Family name in CAPS)    (First)    (Middle)**
SOARES    Brenda    Miele

**2. Address (Number and Street)    (Apt. No.)**
12 Lakeside Avenue

(Town or City)    (State/Country)    (Zip/Postal Code)
Hudson    MA    01749

**3. Place of Birth (Town or City)    (State/Country)**
Somerville    MA / USA

**4. Date of Birth (Month/Day/Year)**
09/04/1957

**5. Gender**
- [ ] Male
- [X] Female

**6. Marital Status**
- [X] Married
- [ ] Widowed
- [ ] Single
- [ ] Divorced

**7. Other Names Used (including maiden name)**
Miele, Brenda

**8. Date and Place of Present Marriage (if married)**
06/28/2003, Hudson, MA  USA

**9. Social Security Number (if any)**
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

**10. Alien Registration Number**

**11. Name(s) of Prior Husband(s)/Wive(s)**
N/A

**12. Date(s) Marriage(s) Ended**

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [X] Birth in the U.S.
- [ ] Naturalization. Give certificate number and date and place of issuance.

- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  - [ ] Yes. Give certificate number and date and place of issuance.  [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
- [ ] Yes  [ ] No

### C. Information about your relative

**1. Name (Family name in CAPS)    (First)    (Middle)**
SOARES    Adailton    Gomes

**2. Address (Number and Street)    (Apt. No.)**
12 Lakeside Avenue

(Town or City)    (State/Country)    (Zip/Postal Code)
Hudson    MA    01749

**3. Place of Birth (Town or City)    (State/Country)**
Caratinga - MG    Brazil

**4. Date of Birth (Month/Day/Year)**
06/28/1961

**5. Gender**
- [X] Male
- [ ] Female

**6. Marital Status**
- [X] Married
- [ ] Widowed
- [ ] Single
- [ ] Divorced

**7. Other Names Used (including maiden name)**
Soares, Adailton

**8. Date and Place of Present Marriage (if married)**
06/28/2003, Hudson, MA USA

**9. Social Security Number (if any)**
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

**10. Alien Registration Number**
A79-674-417

**11. Name(s) of Prior Husband(s)/Wive(s)**
Karen Louise Buckley
Iole Ivone Coelho

**12. Date(s) Marriage(s) Ended**
03/24/2003
10/20/2001

**13. Has your relative ever been in the U.S.?**
- [X] Yes  [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she arrived as a: B-2 visitor visa
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94)
I 67 3   0 7 4 0 1 4 0 6

Date arrived (Month/Day/Year)
03/16/1999

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
09/27/1999

**15. Name and address of present employer (if any)**
Cetek Corp., Cedar Hill Road, Marlboro, MA USA

Date this employment began (Month/Day/Year)
May 2002

**16. Has your relative ever been under immigration proceedings?**
- [ ] No  [X] Yes Where Boston Immigration Court  When 1/23/2002
- [X] Removal  [ ] Exclusion/Deportation  [ ] Recission  [ ] Judicial Proceedings

INITIAL RECEIPT    RESUBMITTED    RELOCATED: Rec'd    Sent    COMPLETED: Appv'd    Denied    Ret'd

Form I-130 (Rev. 09/08/02) Y

49

## C. Information about your alien relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| Diogo H. Coelho Soares | Son | 03/24/1993 | Brazil |
| Amanda Laura Coelho Soares | Daughter | 06/21/1996 | Brazil |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 12 Lakeside Avenue | Hudson | MA |

**19. Your relative's address abroad. (Include street, city, province and country)**    Phone Number (if any)

| Rou | Borba Gato #84-B, Bom Retiro | | | |
|---|---|---|---|---|
| Ipatinga | MG | | Brazil | 011 5531 3823 4741 |

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**
(Name)          Address (Include street, city, province and country):

**21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):**

| | From: (Month) (Year) | To: (Month) (Year) |
|---|---|---|
| 12 Lakeside Avenue | | |
| Hudson          MA          USA | March 2002 | Present Time |

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and and Naturalization Service in   Boston Immigration Court   MA   If your relative is not eligible for adjustment of status, he or she
(City)          (State)

will apply for a visa abroad at the American consular post in _____
(City)          (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

N/A

**2. Have you ever filed a petition for this or any other alien before?**  ☐ Yes  ☒ No
If "Yes," give name, place and date of filing and result.

**WARNING:** INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

_Brenda Mille Soares_          Date  07/18/2003          Phone Number  978-562-2322

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name   Paul T. Shane          Signature          Date  07/18/2003

Address   Suite 350, One Gateway Center          G-28 ID or VOLAG Number, if any.   -

Washington Street, Newton, MA 02458-2802          Form I-130 (Rev. 06/05/02) N Page 2

50




51

U.S. Department of Justice
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☐ MALE  ☑ FEMALE | BIRTHDATE (Mo-Day-Yr) 09/04/1957 | NATIONALITY American | FILE NUMBER A- |
| --- | --- | --- | --- | --- | --- | --- |
| Soares | Brenda | Miele | | | | |

ALL OTHER NAMES USED (including names by previous marriages)
Miele, Brenda

CITY AND COUNTRY OF BIRTH
Somerville, MA USA

SOCIAL SECURITY NO. (if any) 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

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE |
| --- | --- | --- | --- | --- |
| FATHER | Miele | Benedetto | 08/13/1933 Cambridge, MA USA | Marlboro, MA USA |
| MOTHER (maiden name) | Ronnelly | Hazel | 04/27/1936 Cambridge, MA USA | Marlboro, MA USA |

| | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
| --- | --- | --- | --- | --- | --- | --- |
| PRESENT HUSBAND OR WIFE (If none, so state) | Soares | Adailton | 06/28/1961 | Caratinga, MG Brazil | 06/28/2002 | Hudson, MA USA |

| | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| --- | --- | --- | --- | --- | --- |
| FORMER HUSBANDS OR WIVES (If none, so state) | N/A | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Hudson | MA | USA | Aug. | 1999 | PRESENT TIME | |
| | Marlboro | MA | USA | Dec. | 1991 | Aug. | 1999 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
| --- | --- | --- | --- | --- | --- | --- | --- |
| N/A | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. IF NONE, SO STATE. LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (specify) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
| --- | --- | --- | --- | --- | --- |
| Wayside Inc. 97 Hollis Street, Framingham, MA USA | Social Worker | May | 2002 | PRESENT TIME | |
| , Stephen Intl. Harbor, MA USA | Director of Administration | Nov. | 2001 | May | 2002 |
| Mitt Street, Weymouth, MA USA | Chief Operating Officer | April | 2001 | Oct. | 2001 |
| 97 Hollis Street, Framingham, MA USA | Clinical Director | Nov. | 1990 | April | 2001 |

Show below last occupation abroad if not shown above. (Include all information requested above.)
N/A

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION   ☐ STATUS AS PERMANENT RESIDENT
☑ OTHER (specify): Petition for Alien Relative

| SIGNATURE OF APPLICANT | DATE |
| --- | --- |
| Brenda Miele Soares | 07/18/2003 |

If your native alphabet is other than roman letters, write your name in your native alphabet below:

Are all copies legible? ☐ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
| --- | --- | --- | --- |
| Soares | Brenda | Miele | |

(1) Ident.

Form G-325A (Rev. 09/11/00) Y

52

Department of Justice
gration and Naturalization Service

OMB No. 1115-0066
## BIOGRAPHIC INFORMATION

| ly name) | (First name) | (Middle name) | [X] MALE [ ] FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| Soares | Adailton | Gomes | | 06/28/1961 | Brazilian | A- 79-674-417 |

| THER NAMES USED (including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (if any) |
|---|---|---|
| Soares, Adailton | Caratinga - MG, Brazil | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| ER | Soares | Welerson | 3/17/1937 Caratinga - MG, Brazil | Ipatinga - MG, Brazil |
| HER (Maiden name) | Gomes | Geralda | 6/02/1940 Caputira - MG, Brazil | Ipatinga - MG, Brazil |

| ND (If none, so state) | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Miele | Brenda | 09/04/1957 | Somerville, MA USA | 06/28/2003 | Hudson, MA USA |

| ER HUSBANDS OR WIVES (none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| Buckley | Karen | 07/09/1948 | 10/26/2001; Lunenburg, MA USA | 03/24/2003; Worcester, MA USA |
| Coelho | Iole | 02/18/1968 | 01/12/1991; Ipatinga, Brazil | 10/20/2001; Ipatinga, Brazil |

CANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| akeside Avenue | Hudson | MA | USA | Mar. | 2002 | PRESENT TIME | |
| rham Avenue, Apt. #3 | Clinton | MA | USA | Feb. | 2002 | Mar. | 2002 |
| l Massachusetts Avenue. Lot 11 | Lunenburg | MA | USA | Sept. | 2001 | Jan. | 2002 |
| rham Avenue, Apt. #3 | Clinton | MA | USA | Dec. | 2000 | Sept. | 2001 |
| ouston Street | Hudson | MA | USA | Mar. | 1999 | Dec. | 2000 |

CANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Borba Gato #84-B. Bom Retiro | Ipatinga | MG | Brazil | Oct. | 1995 | Feb. | 1999 |

CANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| k Corp., Cedar Hill Road, Marlboro, MA USA | Operator | May | 2002 | PRESENT TIME | |
| ont H.C. Center, Main Street, Northboro, MA USA | C.N.A. | July | 2002 | Present | Time |
| ridge H.C. Center, Marlboro, MA USA | C.N.A. | Aug. | 2001 | Mar. | 2002 |
| o Plus Hotel, Westboro, MA USA | Night Attendant | Feb. | 2001 | Feb. | 2002 |
| dham Hotel, Westboro, MA USA | B. Server | Aug. | 1999 | Mar. | 2001 |

w below last occupation abroad if not shown above. (include all information requested above.)

| ninas Corp., Ipatinga, M.G., Brazil | Director of Production | Mar. | 1986 | Feb. | 1999 |
|---|---|---|---|---|---|

| RM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | |
|---|---|---|
| NATURALIZATION [X] STATUS AS PERMANENT RESIDENT | | DATE |
| OTHER (SPECIFY): | | 07/18/2003 |

omit all four pages of this form.

If our native alphabet is other than roman letters, write your name in your native alphabet here:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## PPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| PLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| Soares | Adailton | Gomes | A79- 67- 4417 |

(1) Ident.

Form G-325A (Rev. 09/11/00) Y

53

# TRANSLATION

REGISTRY FERNANDO PATRICIO

CIVIL REGISTRY OF NATIVE PEOPLE

CITY & JUDICIARY OF CARATINGA/ STATE OF MINAS GERAIS

P.O.BOX 223 - PHONE 321-3303

Bel: Adriana Patricio dos Santos

Leandro Santos Patricio - Omar Teixeira dos Santos Patricio

# BIRTH CERTIFICATE

Book 42                          Page 286                          Term 22986

I do hereby certify that under the above numbers a record of birth is found as follows:

| | |
|---|---|
| Name: | ADAILTON GOMES SOARES |
| Sex: | Male |
| Place of birth: | District, City of Caratinga,MG |
| Date of birth: | June 28, 1961 |
| Name of father: | Welerson Ferreira Soares |
| Name of mother: | Geralda Gomes Soares |
| Paternal grandparents: | Joao Luciano Soares & Inez Maria Mesquita |
| Maternal grandparents: | Camilo Gomes Pereira & Maria Gomes Vieira |
| Declared by: | Welerson Ferreira Soares |
| Registered on: | July 01, 1961 |
| Observations: | Adailton Gomes Soares, married to Iole Ivone Coelho, change her name to IOLE IVONE COELHO GOMES SOARES, ON 01-12-1991, registered on page 37 V, no 6.521, of the book 24-B of this registry of the City of Ipatinga,MG. |

Because it s true I set my hand.

Caratinga September 09, 1999

/S/ not legible

I, Antonio C. Sousa, hereby certify that the above is an accurate translation of the birth certificate in Portuguese, that I am competent in both English and Portuguese, and that I have translated said certificate to the best of my knowledge and ability and it is affirmed to be true and correct.

Antonio C. Sousa

Translator & Notary Public

My commision expires on March 24, 2006.

54

# The Commonwealth of Massachusetts
## DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS
# CERTIFICATE OF MARRIAGE

(State file number)

**HUDSON**
(City or town making return)

Registered No. **43**

| 1 Place of Marriage | | | |
|---|---|---|---|
| City or Town **HUDSON** (Do not enter name of village or section of city or town) | 2 Date of Marriage **JUNE 28 2003** (Month) (Day) (Year) | Intention No. **51** |

| 3 FULL NAME    GROOM | 12 FULL NAME    BRIDE |
|---|---|
| Adailton Gomes Soares | Brenda Miele |
| 3A SURNAME AFTER MARRIAGE    Soares | 12A SURNAME AFTER MARRIAGE    Soares |
| 4 DATE OF BIRTH    June 28, 1961 | 5 OCCUPATION    C.N.A. | 13 DATE OF BIRTH    Sept. 4, 1957 | 14 OCCUPATION    Social Worker |
| 6 RESIDENCE NO. & ST.    12 Lakeside Avenue CITY/TOWN Hudson    ST. MA ZIP CODE 01749 | 15 RESIDENCE NO. & ST.    12 Lakeside Avenue CITY/TOWN Hudson    ST. MA ZIP CODE 01749 |
| 7 NUMBER OF MARRIAGE    3rd (1st, 2d, 3rd, etc.) | 8 WIDOWED OR DIVORCED    Divorced | 16 NUMBER OF MARRIAGE    1st (1st, 2nd, etc.) | 17 WIDOWED OR DIVORCED    --- |
| 9 BIRTHPLACE    Caratinga, Minas Gerais, Brazil (City or town)    (State or country) | 18 BIRTHPLACE    Somerville, Massachusetts (City or town)    (State or country) |
| 10 MAIDEN NAME OF MOTHER    Geralda Gomes | 19 MAIDEN NAME OF MOTHER    Hazel Dorothy Donnelly |
| 11 NAME OF FATHER    Welerson Ferreira Soares | 20 NAME OF FATHER    Benedetto Anthony Miele |

21 THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of **Town of Hudson** according to law, this **24th** day of **June** 20 **03**
(Name of Community)

☐ COURT WAIVER issued *June 27, 2003*     by _____ *Jos. M Durso*
☐ AGE ORDER (Month) (Day) (Year)    *ast* (City or Town Clerk or Registrar)

22 I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. **178 MAIN** St.,
(If marriage was solemnized in a church, give its NAME instead of street and number)
*HUDSON* on *JUNE 28, 2003*
(Name of city or town)    (Month) (Day) (Year)

Signature *_____* *JUSTICE OF THE PEACE*
(Member of the Clergy, Priest, Rabbi, Imam, or Justice of the Peace, etc.)
*TONY A SOUSA JR*
(Print or type name)

Address *178 MAIN ST. HUDSON, MA. 01749*

23 Certificate recorded by city or town clerk *June 30, 2003* *Sandra A Rissin*
(Month) (Day) (Year)    CLERK OR REGISTRAR

A TRUE COPY ATTEST:

*Sandra A Rissin*

**Town Clerk**
**Hudson, MA 01749**

*Current address*

*( ) 11/19/04*

55

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

Worcester Division

Docket No. __02D0857-DV1__

## Judgment Of Divorce Nisi

Adailton Soares _____ , Plaintiff

of ___Clinton___ in the County of ___Worcester___

v.

Karen L. Buckley _____ , Defendant

of ___Lunenburg___ in the County of ___Worcester___

All persons interested having been notified in accordance with the law, and after hearing, it is adjudged nisi that a divorce from the bond of matrimony be granted the said plaintiff for the cause of _____

_____ irretrievable breakdown _____

_____

_____ B
as provided by Chapter 208, sections 1, 2 and that upon and after the expiration of ninety days from the entry of this judgment, it shall become and be absolute unless, upon the application of any person within such period, the Court shall otherwise order. It is further ordered that

Date __March 24, 2003__

ABSOLUTE: June 23, 2003
CJ-D 400 (2/90)

Justice of Probate and Family Court
Joseph Lian, Jr.

56

**TRANSLATION**

FEDERAL REPUBLIC OF BRASIL

STATE OF MINAS GERAIS

CIVIL REGISTRY OF IPATINGA

DR. ROBERTO LUIZ DE BARROS CASTRO

Official of the Civil Registry

# MARRIAGE CERTIFICATE

Book:                                Page 027                                Term:006521

I do hereby certify that in the numbers of the book, term & page above mentioned, a record of marriage is found as follows:

| | |
|---|---|
| Date of marriage: | January 12, 1991 |
| They were married: | Under the parcial community of goods |
| Name of groom: | ADAILTON GOMES SOARES |
| Name of bride: | IOLE IVONE COELHO |
| Bride's name after marriage: | IOLE IVONE COELHO GOMES SOARES |
| His place of birth: | Caratinga, MG |
| His date of birth: | June 28, 1961 |
| Name of father: | Welerson Ferreira Soares |
| Name of mother: | Geralda Gomes Soares |
| Her place of birth: | Timoteo, MG |
| Her date of birth: | February 18, 1968 |
| Name of father: | Antonio Coelho Sobrinho |
| Name of mother: | Terezinha Ivone Coelho |
| Observations: | Per Judical Mandate issued by the Honorable Judge of the 2nd Probate Court of this county, Dr. Fabio Torres de Sousa, act no. 3130011674-6, sentencing preformed on 10/20/2001 it was decree the DIVORCE of the couple, the women returning to her maiden name of: "IOLE IVONE CPELHO" . (notation made on 11/22/2001)./ |

Because it is true I set my hand.

Ipatinga November 22, 2001

/S/ not legible

I, Antonio C. Sousa, hereby certify that the above is an accurate translation of the marriage certificate in Portuguese, that I am competent in both English and Portuguese, and that I have translated said certificate to the best of my knowledge and ability and it is affirmed to be true and correct

Antonio C. Sousa

Translator & Notary Public

My commission expires on March 24, 2006.



# REPÚBLICA FEDERATIVA DO BRASIL
# ESTADO DE MINAS GERAIS

REGISTRO CIVIL DE IPATINGA

DR. ROBERTO LUIZ DE BARROS CASTRO

OFICIAL DO REGISTRO CIVIL

CERTIDÃO DE CASAMENTO

CERTIFICO que, do livro, termo e folha citados, de assentos de casamentos do cartório a meu cargo, consta que, perante o Juiz competente e as testemunhas legais, foi celebrado, sob o regime de comunhão parcial de bens, no dia 12 de janeiro de 1991 , o ato do casamento de

ADAILTON GOMES SOARES//

com        IOLE IVONE COELHO//

que passou a assinar

IOLE IVONE COELHO GOMES SOARES//

Ele, nascido em Caratinga, MG//

no    dia        26 de junho de 1961//

filho de      WELERSON FERREIRA SOARES//

e        GERALDA GOMES SOARES//

Ela, nascida em Timóteo, MG//

no    dia        18 de fevereiro de 1968//

filha de      ANTONIO COELHO SOBRINHO//

e        TEREZINHA IVONE COELHO//


Observações Por Mandado Judicial expedido pelo MM Juiz de Direito da 2ª Vara desta Comarca, Dr. Fábio Torres de Sousa, autos nº 3130011674-6, Sentença proferida aos 20/10/2001, foi decretado o DIVORCIO DIRETO do casal, voltando a divorcianda a assina o nome de solteira: "" IOLE IVONE COELHO"". (Averbado aos 22/11/2001)./

O referido é verdade, do que dou fé.

Ipatinga, 22 de novembro de 2001

Tânia Maria de Barros Castro

58

## TRANSLATION

REGISTRY FERNANDO PATRICIO

CIVIL REGISTRY OF NATIVE PEOPLE

CITY & JUDICIARY OF CARATINGA/ STATE OF MINAS GERAIS

P.O.BOX 223 - PHONE 321-3303

Bel: Adriana Patricio dos Santos

Leandro Santos Patricio - Omar Teixeira dos Santos Patricio

## BIRTH CERTIFICATE

Book 42                          Page 286                          Term  22986

I do hereby certify that under the above numbers a record of birth  is found as follows:

| | |
|---|---|
| Name: | ADAILTON GOMES SOARES |
| Sex: | Male |
| Place of birth: | District, City of Caratinga,MG |
| Date of birth: | June 28, 1961 |
| Name of father: | Welerson Ferreira Soares |
| Name of mother: | Geralda Gomes Soares |
| Paternal grandparents: | Joao Luciano Soares & Inez Maria Mesquita |
| Maternal grandparents: | Camilo Gomes Pereira & Maria Gomes Vieira |
| Declared by: | Welerson Ferreira Soares |
| Registered on: | July 01, 1961 |
| Observations: | Adailton Gomes Soares, married to Iole Ivone Coelho, change her name to IOLE IVONE COELHO GOMES SOARES, ON 01-12-1991, registered on page 37 V, no 6.521, of the book 24-B of this registry of the City of Ipatinga,MG. |

Because it s true I set my hand.

Caratinga September 09, 1999

/S/ not legible

I, Antonio C. Sousa, hereby certify that the above is an accurate translation of the birth certificate in Portuguese, that I am competent in both English and Portuguese, and that I have translated said certificate u the best of my knowledge, and ability and it is affirmed to be true and correct.

Antonio C. Sousa

Translator & Notary Public

My commision expires on March 24, 2006.

59

# Cartório Fernando Patrício

REGISTRO CIVIL DAS PESSOAS NATURAIS
CIDADE E COMARCA DE CARATINGA - ESTADO DE MINAS GERAIS
CAIXA POSTAL, 223 - FONE: 321-3303

*Bel. Adriana Patrício dos Santos*
Escrivã

*Leandro Santos Patrício*              Omar Texeira dos Santos Patrício
Oficial Substituto                          Esc. Juramentada

N: 011537

## C E R T I D A O   D E   N A S C I M E N T O

LIVRO......:      42

FOLHA......:      286

TERMO......:   22986

CERTIFICO que do livro, termo e folha citados do registro de nascimentos do cartório a meu cargo consta o assento referente a

ADAILTON GOMES SOARES//

do     sexo    Masculino//

Nascido   em Distrito Cidade de Caratinga,MG//
No dia       vinte e oito(28) de junho//
    de       mil e novecentos e sessenta e um (1961)//

Filho      de WELERSON FERREIRA SOARES//
              GERALDA GOMES SOARES//                               e

Avós Paternos João Luciano Soares//
              Inêz Maria Mesquita//                               e

Avós Maternos Camilo Gomes Pereira//
              Maria Gomes Vieira//                               e

Declarante    Welerson Ferreira Soares//

Registrado em 01 de julho de 1961//

OBSERVAÇOES : ADAILTON GOMES SOARES casou-se com IOLE IVONE
              COELHO, que passou a assinar: IOLE IVONE COELHO
              GOMES SOARES, em 12/01/1.991, encontrando-se o
              casamento lavrado às fls. 37v, nº 6.521, Livro 24-B,
              no Cartório da Cidade de Ipatinga, MG.//

              O referido é verdade e dou fé.

              Caratinga, 09 de setembro de 1999.

60



# City of Cambridge

## COMMONWEALTH OF MASSACHUSETTS

**County of Middlesex**                                      **City of Cambridge**

*The following is a copy from the Record of Births in said City:*

**NAME OF CHILD** _Brenda Miele_

**DATE OF BIRTH** _September 4, 1957_ **SEX** _Female_

**NAME OF FATHER** _Benedetto A. Miele_

**MAIDEN NAME OF MOTHER** _Hazel D. Donnelly_

**PLACE OF BIRTH** _Central Hospital, Somerville_

**RESIDENCE OF PARENTS** _126 Charles Street_

**FATHER'S OCCUPATION** _Machine Operator_

**BIRTHPLACE OF FATHER** _Cambridge_

**BIRTHPLACE OF MOTHER** _Somerville_

**DATE OF RECORD** _December 5, 1957_

*I do hereby certify that the above is a true record from the Record of Births in the custody of the City Clerk.*

**Volume** _37_

**Folio** _86_

**Record Number** _3439_

*In witness whereof, I hereunto set my hand and seal of said City, this* _14th_ *day of* _July_ *in the year* **Two Thousand**

_B. Margaret Drury_
**CITY CLERK**

61




**PAUL T. SHANE**
BUSINESS ACCOUNT
ONE GATEWAY CENTER, SUITE 350
NEWTON, MA 02458
617-965-9900

4016

5-7017/2110
1130536944

DATE _July 18, 2003_

PAY
TO THE
ORDER OF _Bureau of Citizenship and Immigration Services_ ———  $ | 30 —

_One hundred thirty dollars_ ——————————— DOLLARS

CITIZENS BANK _817_
Massachusetts

FOR _A. Soares (I-130)_

⑈004016⑈ ⑈211070175⑈ 1130536944⑈

62





PAUL T. SHAW, ESQ.
SUITE 350, ONE GATEWAY CENTER
WASHINGTON STREET
NEWTON, MASSACHUSETTS 02458-2802



7002 2410 0003 7303 9595

Bureau of Citizenship & Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans
VT 05479-0001

**U.S. Postal Service**
**CERTIFIED MAIL₁₀ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark Here

Sent To: Bureau of Citizenship & Immigration Services
Street: Vermont Service Center
or PO: 75 Lower Welden Street
City, S: St. Albans
     VT 05479-0001
PS Form 3800, June 2002

63



/ALID
TAGE



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.34 |

Postmark Here

Sent To Bureau of Citizenship & Immigration Services
Street, or PO Vermont Service Center
75 Lower Welden Street
City, St. Albans
VT 05479-0001

PS Form 3800, June 2002

64

# Commonwealth of Massachusetts

## United States of America



# Certificate of Marriage

*From the Records of Marriages in the Town of Hudson,*

*Massachusetts, U.S.A.*

| Groom | | Bride | |
|---|---|---|---|
| Name | Adailton Gomes Soares | Name | Brenda Miele |
| Name After Marriage | Soares | Name After Marriage | Soares |
| Residence | Hudson, Massachusetts | Residence | Hudson, Massachusetts |
| Age --- DOB | 6/28/1961 | Age --- DOB | 9/4/1957 |
| Occupation | C.N.A. | Occupation | Social worker |
| Place of Birth | Caratinga, Minas Gerais, Brazil | Place of Birth | Somerville, Massachusetts |
| Name of Father | Welerson Ferreira Soares | Name of Father | Benedetto Anthony Miele |
| Name of Mother | Geralda Gomes | Name of Mother | Hazel Dorothy Donnelly |
| No. of Marriage | Third (Divorced) | No. of Marriage | First |

Place and Date of Marriage    Hudson, Massachusetts on June 28, 2003

By Whom Married    Tony E. Sousa, Sr., Justice of the Peace

Vol. 7, Page 79

I, *Joan M. Wordell*, depose and say that I hold the office of Town Clerk of the Town of Hudson, County of Middlesex and Commonwealth of Massachusetts; that the records of Births, Marriages and Deaths required by law to be kept in said Town are in my custody, and that the above is a true extract from the records of Marriages in said Town, as certified by me.

Witness my hand and the seal of said Town, on the seventeenth day of November, 2004.

Joan M Wordell

*Assistant Town Clerk*

65