UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAILTON GOMES SUARES,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>  Defendant. | )<br>)<br>)  Civil Action No. 05-10540 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendant, the United States Citizenship and Immigration Services.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

    By:  /s/ Mark T. Quinlivan
          MARK T. QUINLIVAN
          Assistant United States Attorney
          United States Attorney's Office
          John Joseph Moakley U.S. Courthouse
          One Courthouse Way, Suite 9200
          Boston, MA 02210
          617-748-3606

Dated: April 21, 2005