UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAILTON GOMES SUARES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-10540 RGS |

**DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, SUBSTITUTE PROPER PARTY DEFENDANT**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, defendant United States Citizenship and Immigration Services, by and through its undersigned attorneys, hereby moves to dismiss the Verified Complaint for Injunctive Relief Under Freedom of Information Act (5 U.S.C. § 552), for failure to name the proper party defendant. In the alternative, defendant moves to substitute the Department of Homeland Security ("DHS") as the proper party defendant in this matter. The reasons for the foregoing motion are set forth in the accompanying Memorandum of Law.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Mark T. Quinlivan
   MARK T. QUINLIVAN
   Assistant U.S. Attorney
   United States Attorney's Office
   John Joseph Moakley U.S. Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   617-748-3606

Dated: April 21, 2005

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that, on February 21, 2005, I left a telephone message with counsel for the plaintiff, Thomas P. Collins, Esq., to confer regarding this motion, and that the message on Mr. Collins' recording indicated that he was out of the office.
.

   /s/ Mark T. Quinlivan
   MARK T. QUINLIVAN
   Assistant United States Attorney

### CERTIFICATE OF SERVICE

This is to certify that on this date, April 21, 2005, a true copy of Defendants' Motion to Dismiss or, in the Alternative, to Substitute Proper Party Defendant, was served on plaintiff's counsel, Thomas P. Collins, Esq., 10 Main Street, Suite L9, Andover, MA 01810, by first class mail, postpaid.

   /s/ Mark T. Quinlivan
   MARK T. QUINLIVAN
   Assistant United States Attorney