UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADAILTON GOMES SOARES,

      Plaintiff

v..          CIVIL ACTION NO. 2005 CV 10540 RGS

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES
    Defendant

**REQUEST FOR ORAL ARGUMENT CONCERNING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

  I, Thomas P. Collins, Esq., on behalf of the Plaintiff, Adailton Gomes Soares hereby respectfully requests, pursuant to Local Rule 7.1 (d) that this Honorable Court grant an opportunity for oral argument concerning the Plaintiff's Motion for Preliminary Injunction.

  In support of this request the Plaintiff respectfully states that said argument may assist the court in reaching a determination of the issue presented by said Motion.

               The Plaintiff
               By his attorney

               Thomas P. Collins, Esq.
               10 Main Street, Suite L9
               Andover, MA. 01810
               BBO # 548124
               ( 978) 475-8846