UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADAILTON GOMES SOARES,

Plaintiff

v.                                              CIVIL ACTION NO. 05-10540-RGS

DEPARTMENT OF HOMELAND SECURITY
Defendant

## PARTIES JOINT STIPULATION OF DISMISSAL

Now come the parties in the above captioned matter and, pursuant to F.R.C.P. 41 (a) (1) (ii) hereby stipulate to the Dismissal of this action with prejudice and without costs or fees to either party.

As reason for this dismissal, the parties state that the relief requested by the Plaintiff has been complied with by the Defendant

The Plaintiff,                                  The Defendant,
Adailton Gomes Soares                           Department of Homeland Security
By his Attorney                                 By its Attorney

Thomas P. Collins, Esq.                         Mark T. Quinlivan
10 Main Street, Suite                           Assistant U.S. Attorney
Andover,MA. 01810                               United States Attorney's Office
BBO # 548124                                    John Joseph Moakley U.S. Courthouse
( 978) 474-8846                                 1 Courthouse Way, Suite 9200
                                                Boston, MA. 02210
                                                (617)748-3606